# EXHIBIT 153

**AFFIDAVIT OF DENNIS E. HANSEN
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Select Comfort Corporation; and
Select Comfort SC Corporation,

    Plaintiffs,

v.

John Baxter; Dires, LLC d/b/a Personal
Touch Beds and Personal Comfort Beds;
Digi Craft Agency, LLC; Direct
Commerce, LLC d/b/a Personal Touch
Beds; Scott Stenzel; and Craig Miller,

    Defendants.

Court File No. 12-cv-2899-DWF-SER

### AFFIDAVIT OF
### HAL PORET

STATE OF NEW YORK )
        ) ss.
COUNTY OF <u>New York</u> )

I, Hal Poret, being first duly sworn upon oath, states:

1. I am the Senior Vice President at ORC International. I was hired by Plaintiffs as an expert witness in this litigation. I have submitted an expert report and have provided deposition testimony regarding that report. I have personal knowledge of the facts set forth in this affidavit and in my expert report, and, if called on as a witness, I could and would competently testify as to the facts set forth therein.

2. Attached hereto as **Exhibit A** is a true and correct copy of my expert report submitted in this litigation and dated April 20, 2015. If called on as a witness, I could and would competently testify consistent with the statements and conclusions set forth therein and consistent with the testimony set forth in my deposition regarding the report.

FURTHER AFFIANT SAYETH NOT.

Dated: August 18, 2015                    _Hal Poret_
                                          Hal Poret

Subscribed and sworn to before me
this 18th day of August, 2015.

_____
Notary Public-New York
My Commission Expires _____

JOY V STEWART ALCALA
Notary Public, State of New York
No. 02ST6254434
Qualified in Nassau County
Commission Expires Jan. 17, 2066

# EXHIBIT A

**AFFIDAVIT OF HAL PORET**

**EXPERT REPORT OF HAL PORET**

**1) LIKELIHOOD OF CONFUSION SURVEY REGARDING PERSONAL COMFORT BED SPONSORED LISTINGS RESULTING FROM GOOGLE SEARCHES FOR THE TRADEMARKS SLEEP NUMBER BED & COMFORTAIRE**

**2) SURVEY TO DETERMINE WHETHER "SLEEP NUMBER" IS PERCEIVED BY CONSUMERS TO BE A BRAND NAME OR A COMMON NAME**

REPORT PREPARED FOR:
Oppenheimer Wolff & Donnelly LLP
222 South 9th Street, Suite 2000
Minneapolis, MN 55402

PREPARED BY:
Hal Poret
ORC International
315 Park Ave South, 14th Floor
New York, NY   10010

April 2015

*TABLE OF CONTENTS*

Page #

BACKGROUND AND PURPOSE ----------------------------------------------- 1
STUDY AUTHORSHIP AND RESPONSIBILITY----------------------------- 3
STUDY DESIGN------------------------------------------------------------------ 4
SUMMARY OF KEY FINDINGS---------------------------------------------- 35
METHODOLOGY------------------------------------------------------------------ 36
     THE RELEVANT UNIVERSE OF INTEREST ------------------------ 36
     SAMPLING PLAN------------------------------------------------------------ 43
     DOUBLE-BLIND INTERVIEWING ------------------------------------- 45
     INTERVIEWING PROCEDURES----------------------------------------- 45
     VALIDATION/QUALITY CONTROL------------------------------------ 46
     DATA PROCESSING ------------------------------------------------------- 46
     INTERVIEWING PERIOD-------------------------------------------------- 46
DETAILED FINDINGS------------------------------------------------------------ 47
OPINIONS ON REITTER AND BUTLER SURVEYS ------------------------ 67

APPENDIX A:   CURRICULUM VITAE OF STUDY'S AUTHOR
APPENDIX B:   QUESTIONNAIRES/INSTRUCTIONS
APPENDIX C:   MATERIALS REVIEWED/FEES CHARGED
APPENDIX D:   IMAGES USED IN SURVEY (PROVIDED ELECTRONICALLY)
APPENDIX E:   DATA FILE (PROVIDED ELECTRONICALLY)
APPENDIX F:   SCREENSHOTS OF SURVEY (PROVIDED ELECTRONICALLY)

## BACKGROUND AND PURPOSE

Oppenheimer Wolff & Donnelly LLP, attorneys for Select Comfort, retained me to design and conduct a survey with two objectives.

First, I was asked to determine the extent to which, if at all, consumers are misled into mistakenly believing that certain sponsored listings for Personalcomfortbed.com resulting from searches using the trademarks Sleep Number, Sleep Number Bed, and/or Comfortaire are sites operated or owned by the company that makes Sleep Number or Comfortaire beds or are sites where a Sleep Number or Comfortaire bed can be purchased.[1]

The following are examples of ads for personalcomfortbed.com that result from searches using the terms Sleep Number, Sleep Number Bed, and Comfortaire:







---

[1] The survey's objective was <u>not</u> to determine whether the purchase of the Sleep Number or Comfortaire trademark as Google Adwords is, on its own, deceptive.  The specific objective was to determine whether specific advertisements tested are misleading in the context of a Google search for the relevant term.

I was asked to assess the extent to which consumers mistakenly believe these are links for websites operated by the company that makes Sleep Number or Comfortaire beds or that these are websites where a consumer can buy a Sleep Number of Comfortaire bed.

I was also asked to separately test whether consumers perceive the term "Sleep Number" to be a common term or a brand name.

This report details the methodology and results of the survey.

I was also asked to review and provide my opinions regarding surveys previously conducted by Sarah Butler and Robert Reitter measuring the extent to which the terms Number Bed and Sleep Number have acquired secondary meaning.  This report also contains my opinions regarding these surveys and their conclusions.

## STUDY AUTHORSHIP AND QUALIFICATIONS

This study was designed, supervised, and implemented by ORC International under the supervision of Hal L. Poret, Senior Vice President.

I have personally designed, supervised, and implemented approximately 600 consumer surveys concerning consumer perception, opinion, and behavior.  Over 150 of these surveys have concerned consumer perception regarding trademarks.  I have personally designed numerous studies that have been admitted as evidence in legal proceedings, and I have been accepted as an expert in survey research on numerous occasions by U.S. District Courts, the Trademark Trial and Appeal Board, the FTC, and the National Advertising Division of the Council of Better Business Bureaus (NAD).

I have frequently spoken at major intellectual property and legal conferences on the topic of how to design and conduct surveys that meet legal evidentiary standards for reliability, including conferences held by the International Trademark Association (INTA), American Intellectual Property Law Association, Practicing Law Institute, Managing Intellectual Property, Promotions Marketing Association, American Conference Institute, and various bar organizations.  In 2010, I published an article regarding online trademark surveys in THE TRADEMARK REPORTER, a journal published by the International Trademark Association.

In addition to my survey research experience, I hold bachelors and masters degrees in mathematics and a J.D. from Harvard Law School.  Additional biographical material, including lists of testimony and publications, is provided in Appendix A.

Hal Poret

Dated:  April 20, 2015

**STUDY DESIGN**

This study was designed to function as two separate surveys, each carefully administered to address two different objectives:

1) A Confusion Survey – designed to test whether or not consumers are likely to be misled into mistakenly believing that certain sponsored listings on Google resulting from searches for the terms Sleep Number, Sleep Number Bed, or Comfortaire, are links to websites that are operated or owned by the company that makes Sleep Number or Comfortaire beds, or are sites where a Sleep Number or Comfortaire bed can be purchased.

2) A Teflon Survey – designed to test whether consumers perceive "Sleep Number" to be a common term or a brand name.

Both surveys were administered online and any respondent who took one of the surveys was unable to access the other survey.

<u>Confusion Survey</u>

A total of 1200 qualified respondents participated in the confusion portion of this online survey.[2]

There were 6 separate groups in the survey, each containing 200 unique respondents – three Test Groups and three Control Groups.

Each of the three Test Groups simulated a Google search for a specific term and displayed actual search results including the allegedly infringing listings for Personal Comfort Bed:

- <u>Sleep Number Bed Test Group 1</u>– respondents in this Test Group were taken through a simulated Google search for the term "Sleep Number bed."

---

[2] <u>See</u> Relevant Universe and Sampling sections below for more specific information on who participated in the survey.

- <u>Sleep Number Test Group 2</u> – respondents in this Test Group were taken through a simulated Google search for the term "Sleep Number."
- <u>Comfortaire Test Group 3</u> – respondents in this Test Group were taken through a simulated Google search for the term "Comfortaire."

The three Control Groups each corresponded to one of the three Test Groups. Respondents in each Control were taken through an identical Google search simulation as their Test Group counterparts, but were shown control search results in which the Personal Comfort Bed listings were altered to eliminate the infringing elements.

<u>Test Groups</u>

The Test Cells were designed to simulate a typical consumer conducting a Google search using one of the three test terms[3] and to test respondents' perception of the resulting listings.

Respondents were shown an actual Google search results page from a real Google search for the term.

- <u>Sleep Number Bed Test Group 1</u>– saw a Google search results page in which the second link was for the Personal Comfort Bed website and included an allegedly misleading use/incorporation of a variation of the Sleep Number mark.
- <u>Sleep Number Test Group 2</u> – saw a Google search results page in which the first listing was to the Personal Comfort Bed website and included an allegedly misleading use/incorporation of a variation of the Sleep Number mark.
- <u>Comfortaire Test Group 3</u> – saw a Google search results page in which the first listing was to the Personal Comfort Bed website and included an

---

[3] Test Group 1 tested the search term, "Sleep Number Bed." Test Group 2 tested the term, "Sleep Number." Test Group 3 tested the term, "Comfortaire."

allegedly misleading use/incorporation of a variation of the "Comfortaire" mark.

The Google search results pages shown to the Sleep Number Bed Test Group 1 and Sleep Number Test Group 2 included authentic listings for the Sleep Number website and listings to sites where a Sleep Number bed can be purchased. Similarly, the search results shown to the Comfortaire Test Group included authentic listings for the Comfortaire website and places where a Comfortaire bed can be purchased.

The survey was designed to simulate the actual process of a consumer conducting a Google search and then considering the results. After passing the screening criteria and qualifying to take the survey respondents were taken through the following steps, appropriate for the Test Group to which they were assigned.

*Sleep Number Bed Test Group 1*

The Sleep Number Bed Test Group 1 was designed for testing an allegedly infringing listing that incorporates a variation of the term "Sleep Number."

First, all respondents in the Sleep Number Bed Test Group were given the following instruction:

> For this survey, we would like you to imagine that you are interested in purchasing a **Sleep Number** brand adjustable air bed.
>
> In addition, we would like you to imagine that you were going to perform a GOOGLE Search to shop for a **Sleep Number bed.**

On the next screen these respondents were then prompted with the following instructions:

> This survey will take you through a GOOGLE search for the term Sleep Number bed.

First, we are going to show you a GOOGLE search page on which you will see that the search term <u>Sleep Number bed</u> has been entered. Then, you will be shown a page of real GOOGLE results from a search for this term.

You will then be asked some questions. If for any question you have no opinion or do not know, you can select that option at the bottom of the page. Please do not guess.

Please continue to move on with the survey.

On the next screen these respondents were then shown the following instruction:

Please imagine you were doing the following GOOGLE search.

Below this instruction on the same screen, the following image was displayed:



Below the image respondents were instructed:

Please click the "continue" button to continue.

On the next screen these respondents were then prompted:

On the next screen you will see the page of GOOGLE results from a search for <u>Sleep Number bed</u>. Please look at the page as you ordinarily would when examining the results of a GOOGLE search.

You can use the mouse to scroll up and down to examine the entire page.

Although these are real results from a GOOGLE search for <u>Sleep Number bed</u>, please note that the results are not linked to the internet so you will not be able to click on any links to go to any websites.

Then, on the next screen these respondents were shown the following instruction above an image of the following Google results page: [4]

Please review this GOOGLE results page.  When finished, click continue.  Or if you could not view the GOOGLE results page, please indicate so.

_____

[4] The web pages shown in the survey appeared large and easily readable on respondents' computer screens, just as real web pages would appear.  The images of web pages appear much smaller fitted onto the printed page in this report.

+You  Search  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More -

Google | Sleep Number Bed

Web    Images    Maps    Shopping    More ▾    Search tools

About 79,800,000 results (0.30 seconds)

Ads related to **sleep number bed**

**Sleep Number® Beds** 1 (877) 610 1916
www.**sleepnumber**.com/OfficialStore
488 reviews for sleepnumber.com
48-Mo Financing Available on Select Purchases. Learn More or Shop Now!
$50 Savings Card Offer                    Memory Foam Beds
Find a Store Near You                       Why Sleep Number?
Innovative Bedding                          New DualTemp™

**Sleep** 55% Off **Number Beds** (888) 690-4088
personalcomfortbed.com/v**SleepNumber**
Online Edition Bed Sale *Ends 6/10! Save $2000 on set + $500 Upgrades

Comfortaire Closeout Sale (888) 500-1700
www.comfortairedirect.com/AllBedsonSale
Save 30%. All 2012 Models Must Go Lowest Price Ever. Shop Beds Now!

**Sleep Number Beds** & Memory Foam Mattresses by Sleep Number
www.**sleepnumber**.com/eng/categories/**sleep-number-beds** ▾
5+ items – Shop **Sleep Number** beds for mattresses and the only memory ...
Sleep Number® c3 bed    Queen set prices starting at $1399.98    Sale: $1249.98
Sleep Number® p5 bed    Queen set prices starting at $2099.98    Sale: $1849.98
Classic Series - Performance Series - Innovation Series - Memory Foam Series

**Sleep Number Beds** and Mattress by Sleep Number
www.**sleepnumber**.com/ ▾
Shop the Official Site for **Sleep Number** beds, mattresses & bedding. Sleep Number
mattresses are adjustable for ideal comfort and support.
Sleep Number® Beds - Current Specials - Bedding Collection - Customer Service

**Sleep Number Bed** - QVC.com
www.qvc.com/**Sleep-Number-Bed**-For-the-Home.category.0101.html?... ▾
Results 1 - 48 of 52 – The **Sleep Number**(R) Bed has adjustable sides, creating a ...
H201487    Sleep Number FL Limited Edition Modular ...    QVC Price: $2,419.00
H201494    Sleep Number SK Limited Edition Adjustable    QVC Price: $4,839.00

Does anybody think a **sleep number bed** is really good? Is it durable ...
askville.amazon.com › Home › Home Improvement ▾
May 14, 2012 – I used to have a **sleep number bed** and always thought they were
overrated and overpriced, it just felt like sleeping on a air mattress to me. This is ...

Shut Up + Run: **Sleep Number Bed** Review (i10 Model)
www.shutupandrun.net/2012/.../**sleep-number-bed**-review-i10-model.ht... ▾
Oct 27, 2012 – (Update: In April 2013 I did a follow up review of the **Sleep Number**
Bed. You can find it HERE). Do you happen to remember a post I wrote ...

Select Comfort - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/Select_Comfort ▾
**Select Comfort** is a U.S.-based manufacturer that manufactures the **Sleep Number**
bed as well as foundations and bedding accessories. The company is based ...

**Sleep Number** bed negative customer testimonial.  - YouTube
www.youtube.com/watch?v=g84xYDSKdO0
Jun 15, 2011 - Uploaded by Stefanie Phillips
Customer reveals poor quality of **Sleep Number** bed. We hate
this bed and Sleep Number won't take it back ...

More videos for sleep number bed »

**Sleep Number** - Get great deals for **Sleep Number** on eBay!
popular.ebay.com › Popular Items › Home Living ▾
The **Sleep Number** bed, produced by **Select Comfort**, was introduced in 1987.
Furniture/Today has ranked it as the number-one bedding retailer in America for ...

Unbiased **Sleep Number Bed (Select Comfort)** Reviews 2013 ...
www.sleeplikethedead.com › Mattress Ratings › Airbed Reviews ▾
May 17, 2013 – Sleep Like The Dead reviews and rates the **Sleep Number** (Select
Comfort) bed based on over 1630 actual consumer experiences. A detailed ...

Compare **Sleep Number** by SelectComfort to Dream Number Beds
www.dream**numberbeds**.com/compare-**sleep-number-beds**/ ▾
Compare SelectComfort's **Sleep Number** beds to ours and learn how you can save
from $300 all the way up to $1500 on a comparable mattress from Dream ...

Ad related to **sleep number bed**
**Sleep Number** Mattresses - Rest In Comfort W/ **Sleep Number**
www.qvc.com/**SleepNumber**
37,679 reviews for qvc.com
Now On 3+ Easy Payments At QVC.
Mattresses On Easy Pay - Shop Bedding Clearance - Buy Top Rated Mattresses

Searches related to **sleep number bed**
sleep number bed problems            sleep number bed parts
sleep number bed reviews             tempurpedic bed
sleep number bed vs tempurpedic      sleep number bed mold
sleep number bed reviews 2011        sleep number bed prices

Shop for **Sleep number** on Google                    Sponsored ⓘ

p5 Sleep        m7 Sleep        **Sleep Number**    i10 Sleep
**Number** King...  **Number** King...  Bed - Queen.     **Number** King...
$2,599.98       $3,899.98       $1,398.82        $4,899.98
Sleep Number    Sleep Number    PPL Motor H...    Sleep Number

Shop by price

Up to $700    $700 – $1500    $1500 – $2500

1  2  3  4  5  6  7  8  9  10      **Next**

Advanced search    Search Help    Send feedback

9

After respondents were given a chance to examine the page of results, they either selected a "continue" option to advance to the next screen, or an option that read, "Cannot view GOOGLE results page."

Only respondents who were able to view the image continued with the survey and potentially counted toward the final number of interviews.

Then on the next screen, respondents were asked:

> Which result or results, if any, do you think are websites that are <u>operated by</u> the company that makes <u>Sleep Number</u> beds?
>
> *Please click on all results that you think are websites operated by the company that makes Sleep Number beds, if any. If you do not want to select any of these search results, please select the "No opinion/None of these" button at the bottom of the GOOGLE page.*

Below the question and on the same screen, respondents saw the same image from the previous screen. However, this time respondents could scroll over the result listings. When a respondent moved the cursor over a particular listing, a light green box would appear, highlighting the listing temporarily and making it simple for respondents to then click on listing(s), if any, in order to answer the question.

No particular listings were highlighted or pointed out to respondents.  As indicated in the instructions, respondents could click to indicate one or more than one link, or they could click the "No opinion/None of these" option at the bottom of the screen.

On the next screen respondents were then asked:

> Aside from the results you just selected, which <u>other</u> result or results, if any, do you think are websites <u>where you could purchase</u> a <u>Sleep Number</u> bed?

*The results you already selected in the previous question are highlighted and cannot be selected again here.*

*Please click any <u>other</u> GOOGLE search result or results you think are websites where you could purchase a Sleep Number bed, if any. If you do not want to select any of these search results, please select the "No Opinion/None of these" button at the bottom of the GOOGLE page.*

Below this instruction, respondents were shown the same image from the previous screen; however, any result listings that had previously been selected remained highlighted from the previous screen and could not be selected again by respondents. As indicated in the instructions, respondents could click to indicate one or more than one link, or they could click the "No opinion/None of these" option at the bottom of the screen.

On the next screen, respondents who selected the allegedly infringing Google search result in response to the earlier question, regarding which listings they think are websites that are operated by the company that makes Sleep Number beds, were then asked the following question about why they selected that listing:

> You answered that the result shown here is a website that is <u>operated by</u> the company that makes <u>Sleep Number</u> beds. What makes you think so?

**Sleep 55% Off Number Beds** (888) 690-4088
personalcomfort**bed**.com/v**SleepNumber**
Online Edition Bed Sale *Ends 6/10! Save $2000 on set + $500 Upgrades

Respondents were provided a large text box in which they could type in a response.

Meanwhile, respondents who selected the allegedly infringing search result in response to the other question, regarding which other result or results, if any, they think are websites where they could purchase a Sleep Number bed, were instead asked:

You answered that the result shown here is a website <u>where you could purchase</u> a <u>Sleep Number</u> bed.  What makes you think so?

**Sleep 55% Off Number Beds** (888) 690-4088
personalcomfort**bed**.com/v**SleepNumber**
Online Edition Bed Sale *Ends 6/10! Save $2000 on set + $500 Upgrades

Again, respondents were provided a large text box in which they could type in a response.

This concluded the survey for respondents in the Sleep Number Bed Test Group 1 respondents.

*Sleep Number Test Group 2*
Respondents in the Sleep Number Test Group 2 were given the same survey as respondents in the Sleep Number Bed Test Group 1; however, during the Google search process the term "Sleep Number Bed" was replaced by "Sleep Number" and the images were replaced with the appropriate images for testing an allegedly infringing listing that references/incorporates another variation the term "Sleep Number."

First Test Group 2 respondents were given the same initial instruction as Test Group 1:

For this survey, we would like you to imagine that you are interested in purchasing a **Sleep Number** brand adjustable air bed.

In addition, we would like you to imagine that you were going to perform a GOOGLE Search to shop for a **Sleep Number bed.**

Then, on the next screen Sleep Number Test Group 2 respondents were then prompted with the following instructions for a Google search using the term "Sleep Number":

This survey will take you through a GOOGLE search for the term <u>Sleep Number</u>.

First, we are going to show you a GOOGLE search page on which you will see that the search term <u>Sleep Number</u> has been entered. Then, you will be shown a page of real GOOGLE results from a search for this term.

You will then be asked some questions. If for any question you have no opinion or do not know, you can select that option at the bottom of the page. Please do not guess.

Please continue to move on with the survey.

On the next screen these respondents were then shown the following instruction and image:

Please imagine you were doing the following GOOGLE search.



Below the image respondents were instructed:

Please click the "continue" button to continue.

On the next screen these respondents were then prompted:

On the next screen you will see the page of GOOGLE results from a search for <u>Sleep Number</u>. Please look at the page as you ordinarily would when examining the results of a GOOGLE search.

You can use the mouse to scroll up and down to examine the entire page.

Although these are real results from a GOOGLE search for <u>Sleep Number</u>, please note that the results are not linked to the internet so you will not be able to click on any links to go to any websites.

Then, on the next screen these respondents were shown the following instruction above an image of the following Google results page for Sleep Number:

Please review this GOOGLE results page.  When finished, click continue.  Or if you could not view the GOOGLE results page, please indicate so.



After respondents were given a chance to examine the page of results, they either selected a "continue" option to advance to the next screen, or an option that read, "Cannot view GOOGLE results page."

Only respondents who were able to view the image continued with the survey and potentially counted toward the final number of interviews.

Then on the next screen, respondents were asked:

> Which result or results, if any, do you think are websites that are <u>operated by</u> the company that makes <u>Sleep Number</u> beds?
>
> *Please click on all results that you think are websites operated by the company that makes Sleep Number beds, if any. If you do not want to select any of these search results, please select the "No opinion/None of these" button at the bottom of the GOOGLE page.*

As with Test Group 1, below the question and on the same screen, respondents saw the same image from the previous screen. However, this time respondents could scroll over the result listings. The result listing were programmed the same way for Test Group 2 as they were with Test Group 1, so that when a respondent moved the cursor over a particular listing, a light green box appeared, highlighting the listing temporarily and making it simple for respondents to then click on listing(s), if any, in order to answer the question.

Again, no particular listings were highlighted or pointed out to respondents.  As indicated in the instructions, respondents could click to indicate one or more than one link, or they could click the "No opinion/None of these" option at the bottom of the screen.

On the next screen respondents were then asked:

> Aside from the results you just selected, which <u>other</u> result or results, if any, do you think are websites <u>where you could purchase</u> a <u>Sleep Number</u> bed?

*The results you already selected in the previous question are highlighted and cannot be selected again here.*

*Please click any other GOOGLE search result or results you think are websites where you could purchase a Sleep Number bed, if any. If you do not want to select any of these search results, please select the "No Opinion/None of these" button at the bottom of the GOOGLE page.*

Below this instruction, respondents were shown the same image from the previous screen; however, any result listings that had previously been selected remained highlighted from the previous screen and could not be selected again by respondents. As indicated in the instructions, respondents could click to indicate one or more than one link, or they could click the "No opinion/None of these" option at the bottom of the screen.

On the next screen, respondents who selected the allegedly infringing Google search result in response to the earlier question, regarding which listings they think are websites that are operated by the company that makes Sleep Number beds, were then asked they following question about why they selected that listing:

> You answered that the result shown here is a website that is <u>operated by</u> the company that makes <u>Sleep Number</u> beds.  What makes you think so?

Number Bed **Sleep** Sale 60% - Closeout Sale
Ad personalcomfortbed.com/vSleepNumber ▾  (888) 694-4088
Personal Comfort Bed Compare Best (Price Warranty Value)
  FDA Registered Facility          Try In-Home "Risk Free"
  Free Ship, Pillow, No tax        Compare Now (Save $2000)

Respondents were provided a large text box in which they could type in a response.

Meanwhile, respondents who selected the allegedly infringing search result in response to the other question, regarding which other result or results, if any, they think are websites where they could purchase a Sleep Number bed, were instead asked:

You answered that the result shown here is a website <u>where you could purchase</u> a <u>Sleep Number</u> bed.  What makes you think so?

**Number Bed Sleep** Sale 60% - Closeout Sale
`Ad` personalcomfortbed.com/vSleepNumber ▾  (888) 694-4088
Personal Comfort Bed Compare Best (Price Warranty Value)

FDA Registered Facility                    Try In-Home "Risk Free"
Free Ship, Pillow, No tax                 Compare Now (Save $2000)

Again, respondents were provided a large text box in which they could type in a response.

This concluded the survey for respondents in the Sleep Number Test Group 2 respondents.

*Comfortaire Test Group 3*

Respondents in the Comfortaire Test Group 3 were given the same survey as respondents in the Sleep Number Bed Test Group 1 and Sleep Number Test Group 2; however, during the Google search process the terms "Sleep Number Bed" and "Sleep Number" were replaced by "Comfortaire" and images were replaced with the appropriate images for testing an allegedly infringing listing that references/incorporates a variation of the term "Comfortaire."

First, Test Group 3 respondents were given the initial instruction:

For this survey, we would like you to imagine that you are interested in purchasing a **Comfortaire** brand adjustable air bed.

In addition, we would like you to imagine that you were going to perform a GOOGLE Search to shop for a **Comfortaire bed.**

Then, on the next screen ComfortaireTest Group 3 respondents were then prompted with the following instructions for a Google search using the term "Comfortaire":

This survey will take you through a GOOGLE search for the term <u>Comfortaire</u>.

Page  18

First, we are going to show you a GOOGLE search page on which you will see that the search term Comfortaire has been entered. Then, you will be shown a page of real GOOGLE results from a search for this term.

You will then be asked some questions.  If for any question you have no opinion or do not know, you can select that option at the bottom of the page.  Please do not guess.

Please continue to move on with the survey.

On the next screen these respondents were then shown the following instruction and image:

Please imagine you were doing the following GOOGLE search.



Below the image respondents were instructed:

Please click the "continue" button to continue.

On the next screen these respondents were then prompted:

On the next screen you will see the page of GOOGLE results from a search for Comfortaire.  Please look at the page as you ordinarily would when examining the results of a GOOGLE search.

You can use the mouse to scroll up and down to examine the entire page.

Although these are real results from a GOOGLE search for <u>Comfortaire</u>, please note that the results are not linked to the internet so you will not be able to click on any links to go to any websites.

Then, on the next screen these respondents were shown the following instruction above an image of the following Google results page:

Please review this GOOGLE results page. When finished, click continue. Or if you could not view the GOOGLE results page, please indicate so.



After respondents were given a chance to examine the page of results, they either selected a "continue" option to advance to the next screen, or an option that read, "Cannot view GOOGLE results page."

Only respondents who were able to view the image continued with the survey and potentially counted toward the final number of interviews.

Then on the next screen, respondents were asked:

> Which result or results, if any, do you think are websites that are <u>operated by</u> the company that makes <u>Comfortaire</u> beds?
>
> *Please click on all results that you think are websites operated by the company that makes Sleep Number beds, if any. If you do not want to select any of these search results, please select the "No opinion/None of these" button at the bottom of the GOOGLE page.*

Below the question and on the same screen, respondents saw the same image from the previous screen. As with the other Test Groups, this time respondents could scroll over the result listings. This was programmed the same as in the other Test Groups, so that when a respondent moved the cursor over a particular listing, a light green box would appear, highlighting the listing temporarily and making it simple for respondents to then click on listing(s), if any, in order to answer the question.

Again, no particular listings were highlighted or pointed out to respondents.  As indicated in the instructions, respondents could click to indicate one or more than one link, or they could click the "No opinion/None of these" option at the bottom of the screen.

On the next screen respondents were then asked:

> Aside from the results you just selected, which <u>other</u> result or results, if any, do you think are websites <u>where you could purchase</u> a <u>Comfortaire</u> bed?

*The results you already selected in the previous question are highlighted and cannot be selected again here.*

*Please click any <u>other</u> GOOGLE search result or results you think are websites where you could purchase a Comfortaire bed, if any. If you do not want to select any of these search results, please select the "No Opinion/None of these" button at the bottom of the GOOGLE page.*

Below this instruction, respondents were shown the same image from the previous screen; however, any result listings that had previously been selected remained highlighted from the previous screen and could not be selected again by respondents. As indicated in the instructions, respondents could click to indicate one or more than one link, or they could click the "No opinion/None of these" option at the bottom of the screen.

On the next screen, respondents who selected the allegedly infringing Google search result in response to the earlier question, regarding which listings they think are websites that are operated by the company that makes Comfortaire beds, were then asked they following question about why they selected that listing:

> You answered that the result shown here is a website that is <u>operated by</u> the company that makes <u>Sleep Number</u> beds.  What makes you think so?

**Comfort Air** Beds On Sale
www.personalcomfortbed.com/vComfortaire ▾
Online Edition Bed Sale *Ends 3/17 Compare Best (Price Warranty Value)

Respondents were provided a large text box in which they could type in a response.

Meanwhile, respondents who selected the allegedly infringing search result in response to the other question, regarding which other result or results, if any, they think are websites where they could purchase a Comfortaire bed, were instead asked:

You answered that the result shown here is a website <u>where you could purchase</u> a <u>Sleep Number</u> bed. What makes you think so?

**Comfort Air** Beds On Sale
www.personalcomfortbed.com/vComfortaire ▾
Online Edition Bed Sale *Ends 3/17 Compare Best (Price Warranty Value)

Again, respondents were provided a large text box in which they could type in a response.

This concluded the survey for respondents in the Comfortaire Test Group 3 respondents.

For all respondents in all three Test Groups, these questions permitted the survey to determine in an unaided manner whether the respondents were confused about the source of the sponsored link for Personal Comfort Bed resulting from a search for a Sleep Number bed or a Comfortaire bed. The survey did nothing to call respondents' attention to the link in question (any more than their attention would be called to a top sponsored link during an actual, live Google search). Respondents could only indicate confusion over the link by deciding on their own to click on it.

<u>Control Groups</u>

The study also included three Control Groups designed to measure the level of survey noise in each of the corresponding Test Groups. In any survey, there is a certain degree of error caused by respondent guessing, the study design, question wording, and other factors. A control removes the stimulus that is hypothesized to be the cause of any confusion in the Test Group in order to determine whether the results in the Test Group are truly caused by the test stimulus as opposed to other factors or survey error.

In the present case, the Control Groups entailed simulating a search for the same terms as was used in the Test Groups, "Sleep Number bed," "Sleep Number," and

"Comfortaire," but with an altered listing for Personal Comfort Bed with the allegedly misleading elements removed.

The Google search results page shown to respondents in each Control Group varied from the page shown to respondents in the Test Groups in that the allegedly misleading "Sleep Number" and "Comfortaire" listings were replaced with actual Personal Comfort Bed listings that do not make potentially misleading use of the term Sleep Number or Comfortaire.

The following is the Google results page for the Sleep Number Bed Control Group 1 in which respondents were prompted to imagine they were doing a search for "Sleep Number bed:"



The following is the Google results page for the Sleep Number Control Group 2 in which respondents were prompted to imagine they were doing a search for "Sleep Number:"



The following is the Google results page for the Comfortaire Control Group 3 in which respondents were prompted to imagine they were doing a search for "Comfortaire:"



These controls permitted me to determine the noise level – i.e., the tendency for respondents to answer that the Personal Comfort Bed listings are websites that are

operated by the company that makes Sleep Number/Comfortaire beds or are websites where these beds can be purchased, even when the search result did not actually include any allegedly misleading use of the terms Sleep Number or Comfortaire. In particular, the Controls allowed me to screen out any "confusion" resulting only from the fact that the listing resulted from a search for Sleep Number, Sleep Number bed, or Comfortaire and not due to anything misleading about the actual listing. Because the only difference between the Test and Control Groups was the alteration of the misleading elements of the Personal Comfort Bed listings, any difference between each of the Test and Control Groups must be attributed to those elements and cannot be dismissed as survey noise or as confusion resulting only from the purchase of the ad word.

All respondents in the Control Groups were given identical instructions and questions to the Test Cell respondents other than the substitution of the result screen images.

<u>Teflon Survey</u>

A Teflon survey is a well-known and established survey structure, which has been previously accepted as an appropriate design to test whether consumers perceive a specific term -- in the case of this survey, "Sleep Number" – to be a common term or a brand name.

A total of 200 qualified respondents participated in the Teflon portion of this survey.[5]

First, half of the respondents were given the following instruction:

> This survey is about **brand** names and **common** names in the context of mattresses. In a few moments you will be asked about a number of terms that you may or may not have heard before in connection with mattresses. But first, please read the next two screens about what we mean by a **<u>brand</u>** name and what we mean by a **<u>common</u>** name.

---

[5] <u>See</u> Relevant Universe and Sampling sections below for more specific information on who participated in the survey.

Meanwhile, the other half of all respondents were shown a second version of these instructions, in which the order that "brand" and "common" were mentioned was switched:

> This survey is about **common** names and **brand** names in the context of mattresses.  In a few moments you will be asked about a number of terms that you may or may not have heard before in connection with mattresses.  But first, please read the next two screens about what we mean by a <u>**common**</u> name and what we mean by a <u>**brand**</u> name.

In all subsequent questions and instructions that included the terms "brand" and "common," the order in which the two terms appeared corresponded with the order in which they appeared in these initial instructions for each respondent.

On the next two screens respondents were given an overview of what a brand name is and what a common name is.  Respondents that saw the term "brand" before the term "common" in the instructions on the previous screen were then shown an explanation of what a brand name is, followed by an explanation of what a common name is on the next screen.  Meanwhile, respondents who saw the term "common" followed by the term "brand" in the previous instructions were shown the explanation of what a common name is, followed by an explanation of what a brand name is on the next screen.

On one screen, respondents were shown the following description of what a brand name is:

> <u>Brand names</u> are names that companies use on their products to let consumers know <u>who</u> the product comes from. A brand name can be used by only <u>one</u> company to identify its products.

> For example, LA-Z-BOY, IKEA, and POTTERY BARN are all <u>brand</u> names. These terms let a user know <u>who</u> the product comes from.

On the other screen, respondents were shown the following description of what a common name is:

> Common names are words used to identify or describe what a product is. A common name can be used by more than one company to identify the type of product they are selling.
>
> For example, RECLINER, BOOK SHELF and ARMOIR are all common names. These words let the consumer know the type of product a company is selling.

On a new screen respondents were asked:

> Do you understand the difference between a brand name and a common name?
> - Yes
> - No
> - Don't know

Again, the order in which the terms "brand" and "common" appeared in the question was consistent with the order in which respondents had seen the terms on previous screens. Respondents who did not understand the difference or were unsure if they understood the difference would not have been able to provide informed and knowledgeable answers to the key questions in the main survey and, therefore, these respondents did not continue beyond this question.[6] Only respondents who answered that they understand the difference between a brand name and a common name continued with the survey.

Respondents that understood the difference between brand names and common names were next asked two questions designed to test their ability to differentiate between a brand and a common name. The following question tested the respondent's ability to recognize a brand name:

> Which type of name would you say **SEARS** is?
> - Brand name
> - Common name

---

[6] Seven respondents did not understand or were unsure if they understood the difference between a brand name and a common name.

- Don't know

The following question tested the respondent's ability to recognize a common name:

Which type of name would you say **SIDE TABLE** is?
- Brand name
- Common name
- Don't know

Respondents who did not answer that SEARS is a brand name and that SIDE TABLE is a common name did not continue with the survey, under the assumption that if a respondent could not identify SEARS as a brand or SIDE TABLE as a common then they likely did not understand the explanation of what a brand name is or what a common name is to the extent necessary to adequately answer the remaining questions in an informed manner.

Respondents who did correctly answer that SEARS is a brand and SIDE TABLE is a common name, were then prompted with the following instructions on a new screen:

You will now see a series of terms, one at a time, that you may or may not have seen used in connection with mattresses.  For each one, please answer whether you think it is a _**brand**_ name or a _**common**_ name.  Or if you don't know, you may select that option.

Then, on the next screen respondents were shown one of the following seven terms:

- SLEEP NUMBER
- MEMORY FOAM
- POSTUREPEDIC
- TEMPUR-PEDIC
- BEAUTYREST
- FIRMNESS SETTING
- ADJUSTABLE AIR BED

On each screen where a term was shown, beneath the term and on the same screen, respondents were asked:

Do you think this is a ...
- Brand name
- Common name
- Don't know

For the roughly half of respondents for whom the term "common" came before "brand" in the previous instructions, the term "common" was also listed before "brand" in the answer choices here.

This question was repeated seven times, each time on a new screen and showing another one of the seven terms, until all seven terms had been presented to the respondent. The order in which these terms were shown varied so that about quarter of all respondents saw the terms in one of each of the following orders:

| ORDER 1 | ORDER 2 | ORDER 3 | ORDER 4 |
|---------|---------|---------|---------|
| SLEEP NUMBER | FIRMNESS SETTING | MEMORY FOAM | FIRMNESS SETTING |
| MEMORY FOAM | BEAUTYREST | POSTUREPEDIC | BEAUTYREST |
| POSTUREPEDIC | SLEEP NUMBER | TEMPUR-PEDIC | ADJUSTABLE AIR BED |
| TEMPUR-PEDIC | MEMORY FOAM | ADJUSTABLE AIR BED | MEMORY FOAM |
| BEAUTYREST | TEMPUR-PEDIC | SLEEP NUMBER | POSTUREPEDIC |
| FIRMNESS SETTING | POSTUREPEDIC | BEAUTYREST | TEMPUR-PEDIC |
| ADJUSTABLE AIR BED | ADJUSTABLE AIR BED | FIRMNESS SETTING | SLEEP NUMBER |

The seven terms shown to respondents were carefully selected, so that each respondent, in addition to being shown the term SLEEP NUMBER, saw three brand names (POSTUREPEDIC, TEMPUR-PEDIC, BEAUTYREST) and three common names (MEMORY FOAM, FIRMNESS SETTING, ADJUSTABLE AIR BED).

Asking respondents the same question for three other brand names in addition to three common names provided sufficient benchmarks for comparing the level to which

respondents collectively believe the other marks to be brands and the extent to which respondents believe the other terms to be common names.

This concluded the survey for all respondents who took the Teflon portion of this survey.

<u>See</u> Appendix C for all images used in the survey and larger versions of the above images.  <u>See</u> Appendix E for screenshots of the actual survey.[7]

---

[7] These images were viewed on a computer screen and covered the entire screen, as an actual web page would.  The images showed in this report are reduced in size to be able to fit on a page.  In addition, the web pages shown to respondents are too long to be captured in a single screenshot. Appendix D shows the web pages reduced in size to fit into one screenshot each. Actual respondents viewed the web page as a large image they could scroll up and down, as they would with an actual web page.

## SUMMARY OF KEY FINDINGS

1) In Sleep Number Bed Test Group 1 in the Confusion Survey, 45% of respondents mistakenly believed that the Personal Comfort Bed listing (with the description, "Sleep 55% Off Number Bed") was for a website operated by the company that makes Sleep Number beds or a website where they could purchase a Sleep Number bed.  In the Control Group one, the corresponding figure was 22.0%.  This yields a net confusion level of 23.0%.

2) In Sleep Number Test Group 2 in the Confusion Survey, 59% of respondents mistakenly believed that the Personal Comfort Bed listing (with the description, "Number Bed Sleep Sale 60% - Closeout Sale") was for a website operated by the company that makes Sleep Number beds or a website where they could purchase a Sleep Number bed.  In the Control Group one, the corresponding figure was 23.5%.  This yields a net confusion level of 35.5%.

3) In Comfortaire Test Group 3 in the Confusion Survey, 59% of respondents mistakenly believed that the Personal Comfort Bed listing (with the description, "Comfort Air Beds On Sale" and the link, www.personalcomfortbed.com\vComfortaire) was for a website operated by the company that makes Comfortaire beds or a website where they could purchase a Comfortaire bed.  In the Control Group one, the corresponding figure was 37%.  This yields a net confusion level of 22.0%.

4) The net confusion levels of 23.0%, 35.5% and 22.0% represent appreciable levels that support a finding that the challenged search listings do create a likelihood of confusion.

5) In the Teflon Survey, 83.5% of respondents answered that Sleep Number is a brand name, not a common term.  This clearly establishes that Sleep Number functions as a trademark and is not generic.

See Detailed Findings section below for additional information on results.  The full data will be provided in electronic form.

*METHODOLOGY*

## THE RELEVANT UNIVERSE OF INTEREST

The universe for both the Confusion survey and the Teflon survey is composed of consumers who have purchased a mattress in the past 2 years or are considering purchasing a mattress in the next two years.

The following screening questions asked in the beginning of the survey ensured that only respondents from the appropriate sample universe could enter the main survey.

First, all respondents were asked:

> Which of the following, if any, have you purchased <u>in the past 2 years</u>?
> *(Select all that apply or "none of these.")*
> - An automobile
> - A house or apartment
> - A household pet
> - A vacation package
> - A mattress

The order in which the response options were provided was randomized for each respondents and an option for "None of these" always appeared at the bottom of the list. The purpose of including response options other than "A mattress" was to blind the topic of the survey.

Next, all respondents were asked:

> Which of the following, if any, are you likely to consider purchasing <u>in the next 2 years</u>?
> *(Select all that apply or "none of these.")*

Respondents were shown, and could select from, the same list as seen in the previous question.

Only respondents who answered "A mattress" in response to one or both of these questions were able to continue.

At this point, respondents who answered "mattress" to one or both of these questions and who were invited to participate in the Teflon survey were considered to have met the qualifying criteria.

The Confusion survey, however, has a narrower sample universe, including only mattress consumers who specifically have considered or would consider an adjustable air mattress and who would perform, or have performed, a Google search online in order to obtain information about such a product. Therefore, respondents invited to participate in the Confusion survey continued on to additional screening questions designed to determine whether or not they met the appropriate criteria.

Among these respondents, those who previously indicated they had purchased a mattress within the past two years, were next shown the following information and question:

The following are descriptions of several types of mattresses. Please read these descriptions and refer to them in answering the question below.

| Type of Mattress | Description |
| --- | --- |
| Spring/coil mattress | A mattress that is filled with springs/coils for support |
| Air mattress (non-adjustable) | A mattress that is filled with air for support rather than springs/coils. The mattress is permanent and cannot be adjusted. |
| Adjustable air mattress | A mattress that is filled with air for support rather than springs/coils. The mattress can be adjusted by remote control for comfort/firmness. |
| Inflatable air bed | A bed that can be inflated and deflated with an air pump and is portable. Often used for camping, travel, etc. |
| Memory foam mattress | A mattress that is made of foam that adjusts to the shape of the body |

For each of the following types of mattresses (described above), please indicate whether or not you purchased or considered purchasing that type of mattress <u>in the past 2 years</u>?

The order in which the types of mattresses were listed was randomized. Below the descriptions, respondents were shown a grid with the following column headings across the top: Considered, but did not purchase; Purchased; Did not consider or purchase. The following types of mattresses were listed on separate rows in the grid and appeared in the same order in which they were listed in the table above:

- Spring/coil mattress
- Air mattress (non-adjustable)
- Adjustable air mattress
- Inflatable air bed
- Memory foam mattress

Next, respondents who previously answered that they are likely to consider purchasing a mattress in the next two years were asked:

The following are descriptions of several types of mattresses.  Please read these descriptions and refer to them in answering the question below.

| **Type of Mattress** | **Description** |
|---|---|
| Spring/coil mattress | A mattress that is filled with springs/coils for support |
| Air mattress (non-adjustable) | A mattress that is filled with air for support rather than springs/coils.  The mattress is permanent and cannot be adjusted. |
| Adjustable air mattress | A mattress that is filled with air for support rather than springs/coils.  The mattress can be adjusted by remote control for comfort/firmness. |
| Inflatable air bed | A bed that can be inflated and deflated with an air pump and is portable.  Often used for camping, travel, etc. |
| Memory foam mattress | A mattress that is made of foam that adjusts to the shape of the body |

Which, if any, of the following types of mattresses (described above), would you consider purchasing in the <u>next</u> 2 years?
*(Select all that apply or "none of these.")*

1. Spring/coil mattress
2. Air mattress (non-adjustable)
3. Adjustable air mattress
4. Inflatable air bed
5. Memory foam mattress

The order in which the types of mattresses were shown in the table and response options for this question matched the order in which they were shown in the previous question. An option for "None of these" also appeared at the bottom of the list for each respondent.

Only respondents invited for the Confusion survey who answered that they had purchased, considered, or would consider purchasing an "Adjustable air mattress" continued with the survey.

Respondents were also asked questions to determine whether or not they would perform a Google search for an adjustable air mattress.

First, those who answered that they had considered or purchased an adjustable air mattress in the past two years were asked:

You previously indicated that you have purchased or considered purchasing an adjustable air mattress in the past 2 years. Which of the following, if any, did you do to shop for or get information about mattresses?
*(Select all that apply or "none of the above.")*

- Perform a GOOGLE internet search
- Go directly to a mattress website for a company or brand you know
- Call the manufacturer or product representative
- Talk to a friend about a recommendation
- Visit a store with a mattress showroom

The list of response options was randomized for each respondent and an option for "None of these," always appeared at the bottom of the list.

Next, those who answered that they would consider purchasing an adjustable air mattress in the next two years were asked:

> If you were considering purchasing an adjustable air mattress, which of the following, if any, would you be likely to do to shop for or get information about mattresses?
> *(Select all that apply or "none of the above.")*

The same list of response options as was shown in the previous question was shown here and in the same order.

Only respondents who answered "Perform a GOOGLE internet search" to one or both of these questions, continued:

> Which, if any, of the following are brands of mattress that have you heard of?
> *(Select all that apply or "none of the above.")*
> - Sleep Number
> - Comfortaire
> - Tempur-Pedic
> - Beautyrest
> - Posturepedic

The list of response options was randomized for each respondent and an option for "None of these," always appeared at the bottom of the list.  Only respondents who had heard of either "Sleep Number" or "Comfortaire," or both, qualified for and continued on to the main portion of the Confusion survey.

Specifically, respondents who had heard of Sleep Number were able to qualify for the Confusion survey's Test and Control Groups 1 and 2 which simulated a Google search for the terms "Sleep Number Bed" and "Sleep Number." Meanwhile, respondents who had heard of Comfortaire were able to qualify for the Confusion survey's Test and Control Group 3 in which a Google search for the term "Comfortaire" was simulated.

Spending or considering spending a particular dollar amount on an adjustable air mattress was not considered qualifying criteria for the sample universe. However,

respondents were asked what amount they would consider spending or had considered or spent.

First, respondents who previously answered that they had considered purchasing an adjustable air mattress in the past two years were asked:

> You indicated that you have considered purchasing an **adjustable air mattress** in the past 2 years.
>
> What is the **highest** amount of money you considered spending on an adjustable air mattress?
>
> 1. Less than $399
> 2. $400 - $699
> 3. $700 - $999
> 4. $1000 - $1299
> 5. $1300 - $1599
> 6. $1600 or more

Meanwhile, respondents who previously answered that they have purchased an adjustable air mattress in the past two years were asked:

> You indicated that you purchased an **adjustable air mattress** in the past 2 years.
>
> What is the **highest** amount of money you spent on an adjustable air mattress in the past 2 years?

These respondents saw the same list of dollar ranges as shown in the previous question.

And, respondents who previously answered that they would consider purchasing an adjustable air mattress in the next two years were similarly asked:

> You indicated that you would consider purchasing an **adjustable air mattress** in the next 2 years.  Again, an adjustable air mattress is a mattress that is filled with air for support and can be adjusted by remote control for comfort/firmness.
>
> What is the **highest** amount of money you would be likely to spend on an adjustable air mattress?

These respondents also saw the same list of dollar ranges as shown in the previous question.

The actual full wording of the screening questions used is shown in Appendix B.

## SAMPLING PLAN

The sampling plan involved using an online panel managed by Toluna, Inc., a leading supplier of online sample.  Online surveys are well-accepted in the field of survey research as a standard, reliable methodology.  Indeed, online surveys are now the most common method of conducting market research among consumers.  Businesses routinely make decisions of importance based on the results of online survey research.

Age and gender quotas were based on U.S. Census data and the incidence of qualification for each survey.  I looked at the incidence and qualification of each quota group and adjusted the final hard quotas so that the final sample would accurately reflect the market of consumers meeting the screening criteria.

The following final hard quotas by age and gender were set and obtained for each survey:

| Confusion Survey | | |
|---|---|---|
| Age Range | Males | Females |
| 18-34 | 35 | 46 |
| 35-44 | 29 | 26 |
| 45-54 | 18 | 18 |
| 55+ | 14 | 14 |

| Teflon Survey | | |
|---|---|---|
| Age Range | Males | Females |
| 18-34 | 30 | 30 |
| 35-44 | 24 | 24 |
| 45-54 | 22 | 24 |
| 55+ | 22 | 24 |

Additionally, a geographically representative sample was obtained for the survey, with the following distribution of respondents across the five U.S. regions:

| Confusion Survey | |
|---|---|
| **Region** | **Percentage of Respondents** |
| Midwest | 20% |
| Northeast | 17% |
| South | 18% |
| West | 25% |
| Southeast | 20% |

| Teflon Survey | |
|---|---|
| **Region** | **Percentage of Respondents** |
| Midwest | 16% |
| Northeast | 21% |
| South | 16% |
| West | 24% |
| Southeast | 23% |

## DOUBLE-BLIND INTERVIEWING

It is important to point out that the study was administered under "double-blind" conditions. That is, not only were the respondents kept uninformed as to the purpose and sponsorship of the study, but the services involved in providing the sample and administering the online interviews were similarly "blind" with respect to the study's purpose and sponsorship.

## INTERVIEWING PROCEDURES

The online survey was programmed and hosted by Decipher, Inc, a company specializing in web survey programming and data collection and processing. My staff and I thoroughly tested the programmed survey prior to any potential respondents receiving the invitation to participate in the survey.

## VALIDATION/QUALITY CONTROL

Respondents were asked several validation/quality control questions.

Respondents were required to enter their date of birth to enter the survey and the date they entered was required to match the birth date on record with the sample provider (Toluna) for that panelist or they were unable to continue.  At the end of the screening section, respondents were also asked to select their age range and if the range they selected did not match their date of birth, then they were unable to continue on to the main survey.[8]  These procedures reasonably ensured the identity of the respondent and minimized the chance that any surveys were completed by individuals other than invited panelists to a negligible level.

In a later question, respondents were instructed to select the answer choice "blue" out of four choices of colors to continue.[9]  This question permitted me to screen out respondents who were paying insufficient attention or clicking responses indiscriminately.

Additionally, all respondents who passed the screening criteria were shown the following instructions:

> You have qualified to take this survey.  Before continuing, please carefully read these instructions:
> - Please take the survey in <u>one</u> session without interruption.
> - While taking the survey, please do not consult any other websites or other electronic or written materials.
> - Please answer all questions on your own without consulting any other person.
> - If you normally wear eye glasses or contact lenses when viewing a computer screen, please have them on for the survey.

Only respondents who then indicated that they understand and agree to the above instructions were able to continue with the survey.

---

[8] Thirty-four respondents were removed because they did not select the age range that matched their date of birth.
[9] Three respondents were terminated for not selecting blue.

Finally, a review of all open-ended responses was completed to determine if any respondents who typed in non-responsive comments or gibberish responses needed to be removed from the data.[10]

The requirement that respondents type in their date of birth, along with the other quality questions and the review of open-ended answers also ensures that surveys are not completed by a computer program.

## DATA PROCESSING

Data was collected by Decipher and made available to ORC International through an electronic portal on an ongoing basis.  The data set showing each respondent's answers to all questions will be provided in electronic form.

## INTERVIEWING PERIOD

Interviewing was conducted from April 24, 2014 through June 25, 2014.

---

[10] Five respondents were removed for entering nonsense answers.

*DETAILED FINDINGS*

<u>Confusion Survey</u>

As discussed earlier, the Test Groups of the confusion survey simulated searches for the terms "Sleep Number bed," "Sleep Number," and "Comfortaire," and tested respondents' perceptions of the resulting listings.

***Group 1: Sleep Number Bed***

When asked which search result or results, if any, respondents believe are websites that are operated by the company that makes Sleep Number beds, 5% of respondents (10 out of 200) in Test Group 1 mistakenly identified The Personal Comfort Bed listing (with the description, "Sleep 55% Off Number Bed").

Next, these respondents were asked which other results, or results, if any, they believe are websites where they can purchase a Sleep Number bed.  An additional 80 respondents in Test Group 1 (40.0%) selected the Personal Comfort Bed listing.

Adding these respondents to the initial respondents who answered that the Personal Comfort Bed listing is a website operated by the company that makes Sleep Number beds, brings the total proportion of confused respondents in Test Group 1 to 45.0%. This is illustrated in the following table:

| Total Confusion -- Test Group 1: | |
|---|---|
| Operated by company that makes Sleep Number beds | 5.0% |
| Can purchase a Sleep Number bed | 40.0% |
| Total  Confusion Test Group 1 | 45.0% |

Among the Control respondents for Group 1, 2.5% of respondents (5 out of 200) answered that the Control (non-misleading) version of The Personal Comfort Bed listing is operated by the company that makes Sleep Number beds.

Then, when asked which other result, or results, they believe are links to websites where they can purchase a Sleep Number bed, an additional 39 Control respondents (19.5%) selected the Personal Comfort Bed listing.

Adding these respondents to the initial Control respondents who answered that the Personal Comfort Bed listing is a website operated by the company that makes Sleep Number beds, brings the total noise level among Control respondents in Group 1 to 22.0%, as displayed by the following table:

| Total Noise -- Control Group 1: | |
| --- | --- |
| Operated by company that makes Sleep Number beds | 2.5% |
| Can purchase a Sleep Number bed | 19.5% |
| Total  Noise Control Group 1 | 22.0% |

This then results in a NET confusion level of 23.0%, for Group 1, as displayed in the following table:

| Net Confusion -- Group 1: | |
| --- | --- |
| Test Group 1 | 45.0% |
| Control Group 1 | 22.0% |
| NET Confusion Group 1 | 23.0% |

### Group 2: Sleep Number

When Test Group 2 respondents were asked which search result or results, if any, they believe are websites that are operated by the company that makes Sleep Number beds, 10.5% (21 out of 200) mistakenly selected The Personal Comfort Bed listing (with the description, "Number Bed Sleep Sale 60% - Closeout Sale").

Next, when asked if they think any other listings are for websites where they can purchase a Sleep Number bed, an additional 97 respondents in Test Group 2 (48.5%) selected the Personal Comfort Bed listing.

Adding these respondents to the initial Test Group 2 respondents who answered that the Personal Comfort Bed listing is a website operated by the company that makes Sleep Number beds brings the total proportion of confused respondents in Test Group 2 to 59.0%. This is illustrated in the following table:

| Total Confusion -- Test Group 2: | |
|---|---|
| Operated by company that makes Sleep Number beds | 10.5% |
| Can purchase a Sleep Number bed | 48.5% |
| Total  Confusion Test Group 2 | 59.0% |

Among the Control respondents for this group, 2.0% (4 out of 200) answered that the Control (non-misleading) version of The Personal Comfort Bed listing is to a site operated by the company that makes Sleep Number beds.

Then, an additional 43 respondents (21.5%) selected the Personal Comfort Bed listing in response to the follow-up question regarding which other listings, if any, they believe are to websites where a Sleep Number bed can be purchased.

Adding these respondents to the initial Control respondents who answered that the Personal Comfort Bed listing is a website operated by the company that makes Sleep Number beds, brings the total level of noise among Control Group 2 respondents to 23.5%, as displayed by the following table:

| Total Noise -- Control Group 2: | |
|---|---|
| Operated by company that makes Sleep Number beds | 2.0% |

| | |
|---|---|
| Can purchase a Sleep Number bed | 21.5% |
| Total  Noise Control Group 2 | 23.5% |

This then results in a NET confusion of 35.5%, for Group 2, as displayed in the following table:

| Net Confusion -- Group 2: | |
|---|---|
| Test Group 2 | 59.0% |
| Control Group 2 | 23.5% |
| NET Confusion Group 2 | 35.5% |

### *Group 3: Comfortaire*

When asked which search result or results, if any, Test Group 3 respondents believe are for websites that are operated by the company that makes Comfortaire beds, 17.5% of respondents (35 out of 200) mistakenly selected The Personal Comfort Bed listing (with the description, "Comfort Air Beds On Sale" and the link, www.personalcomfortbed.com\vComfortaire).

Then, an additional 83 Test Group 3 respondents (41.5%) selected the Personal Comfort Bed listing, when asked what other listings, if any, they believe are to websites where they can purchase a Comfortaire bed.

This brings the total number of confused respondents in Test Group 3 to 59.0%. This is illustrated in the following table:

| Total Confusion -- Test Group 3: | |
|---|---|
| Operated by company that makes Sleep Number beds | 17.5% |
| Can purchase a Sleep Number bed | 41.5% |

| | |
|---|---|
| Total  Confusion Test Group 3 | 59.0% |

Among Control respondents for this Group, 12.0% (24 out of 200) answered that the Control (non-misleading) version of The Personal Comfort Bed listing is operated by the company that makes Comfortaire beds.

Then, an additional 50 respondents (25.0%) selected the listing when asked which other listings, if any, they believed are for sites where a Comfortaire bed can be purchased.

This bring the noise level to 37.0% for Control Group 3, as displayed by the following table:

| Total Noise -- Control Group 3: | |
|---|---|
| Operated by company that makes Sleep Number beds | 12.0% |
| Can purchase a Sleep Number bed | 25.0% |
| Total  Noise Test Group 3 | 37.0% |

This results in a NET confusion of 22.0%, as displayed in the following table:

| Net Confusion -- Group 3: | |
|---|---|
| Test Group 3 | 59.0% |
| Control Group 3 | 37.0% |
| NET Confusion Group 3 | 22.0% |

***Respondents' Reasons for Mistakenly Believing the Personal Comfort Bed Listing Is a Website Operated by the Company that Makes Sleep Number/Comfortaire Beds, Or a Website Where They Could Purchase A Sleep Number/Comfortaire Bed***

There were several general themes which emerged through respondents' open-ended answers to the questions, "What makes you think so?" after mistakenly selecting the Personal Comfort Bed  listing as a website that either is operated by the company that makes Sleep Number beds or Comfortaire beds, or is a place where a Sleep Number bed or Comfortaire bed can be purchased.  These themes include:

-        The actual web address contains the name (i.e.: "sleepnumber" or "comfortaire")
-        Use of the words "Sleep" and/or "Number"
-        Use of the words "Comfort(aire)" and/or "Air" and/or "Bed"
-        The description and/or tagline and/or heading indicates it
-        It appears to be a site that offers several brands and/or has left over stock and/or offers a discounted or sale prices

These tables show the open-ended answers given by Test Group respondents as to why they believed the Personal Comfort Bed listings are websites that are operated by the company that makes Sleep Number or Comfortaire beds, or are places where they can purchase a Sleep Number or Comfortaire bed:[11]

---

[11] Some responses include more than one theme; therefore, these responses will appear more than once within the table.

*Test Group 1: Sleep Number Bed*

| Respondent ID | Q235/Q245 Coded: The actual web address contains the name (i.e.: "sleepnumber") |
|---|---|
| 549 | has sleep number in the url |
| 966 | The terms Sleep & Number Beds ; the web address personalcomfortbed.com/vSleepNumber 7 ...Bed Sale... |
| 1259 | has company name in url |
| 2412 | it has the http under the heading |
| 2981 | It is part of the web address |
| 3813 | the extension that reads 'sleep number' |
| 5422 | the website name / sleepnumber |
| 6394 | says sleepnumber in url |
| 6861 | says bed sale ends 6/10 and the web site has /sleep number in it and mentions costs and savings |
| 7155 | /SleepNumber |
| 7262 | it said 55% off number beds...link has sleepnumber |
| 7817 | Says sleep number in it's web address |
| 9048 | BECAUSE SLEEP NUMBER APPEARS IN THE URL |
| 9201 | The site name references SleepNumber - however, I would look at the site to determine if it is really a SleepNumber bed or they are just using the phrase to lure people to their site. If so, I would refuse to buy anything from them, even at a good price. |
| 9213 | The URL ends in Sleep Number. It would not be my first choice to visit if I wanted to visit sites where I could purchase a Sleep Number bed, but I might check it out to see if it does have anything to do with Sleep Number like it seems to suggest. |
| 10188 | the websites name compels myself to believe that I can purchase the bed on their site, unlike a wikipedia, youtube, or ask jives results. It also says bed sale and the url is more likely to be an online shopping site. |
| 10424 | SleepNumber is found in the website |
| 11158 | it has sleepnumber in the web address |
| 11302 | the last word of the web address |
| 11580 | Because the address includes the name SleepNumber. |
| 11658 | phone number  web address |
| 11703 | url + pricing |
| 12235 | It says right on the link that you can purchase sleep number beds and some are 55% off. |
| 12786 | numbers are indicated, URL says sleep number |
| 13476 | sleep number is listed after the back slash which normally means it takes you directy to a page selling sleep numbers beds |
| 14027 | because after the.com it has /vsleepnumber |

| | |
|---|---|
| 15212 | It seems to sell sleep number beds and the web address has sleep number in it, but on closer inspection, it may not sell them. |
| 15590 | /vSleepNumber |
| 15619 | This result made me think that I could purchase a sleep number bed because the website says personal comfort bed.com/vSleepNumber which leads me to believe that this is a store that sells beds and Sleep Number is one of the brands they carry. |
| 17065 | The words  sleepnumber  are in the url. |
| 19667 | Sleep number in address. |
| 20191 | Because it tags  Sleep Number  at the end of its information. |
| 21854 | The url path is /vSleepNumber, so i assume they have Sleep Number beds. |
| 22542 | /sleepnumber |
| 22999 | The URL mentions SleepNumber and the site description mentions Save $2000... . Also the title, though awkwardly presented, appears to say you can get Sleep Number beds at up to 55% off. |

| Respondent ID | Q235/Q245 Coded: Use of the words "Sleep" and/or "Number" |
|---|---|
| 966 | The terms  Sleep  &  Number  Beds ; the web address personalcomfortbed.com/vSleepNumber  7  ...Bed Sale... |
| 2283 | the fact that the words sleep and number are in the header twice |
| 5292 | says bed sale with sleep number beds,  Sleep 55% off |
| 7238 | Maybe not  The Sleep and Number Beds are not connected so it looks like they are trying to look like Sleep Number Beds.  Also the website name is personalcomfortbed.com   not sleepnumberbed.com |
| 7262 | it said 55% off number beds...link has sleepnumber |
| 8334 | The ad says purchase a sleep number bed |
| 9825 | It states sleep number beds at 55 percent off. |
| 13034 | Because the ad  has the Sleep Number name and sale info in it |
| 13782 | Because they are offering a percentage off a purchase of a sleep bed |
| 14760 | the word SleepNumber |
| 15025 | It says that they sell Number Beds with 55% discount. |
| 15366 | It says 55% off Number Beds |
| 17095 | It says 55% off number beds. |
| 18943 | It says 55% off number beds |
| 19331 | It says save 55% off number beds. |
| 23041 | It says bed sale and lists 55% of number beds |

Page  54

| Respondent ID | Q235/Q245 Coded: The description and/or tagline and/or heading indicates it |
|---|---|
| 9220 | Description |
| 20736 | the name is mentioned below and split on top |
| 21774 | Because in the description its says Bed Sale. Also it has a 55% off on beds |
| 22676 | Because it appears to be a retailer that sells this brand of mattress. |
| 22756 | they have a website and phone number in which to inquire about and purchase a sleep number bed |

| Respondent ID | Q235/Q245 Coded: It appears to be a site that offers several brands and/or has left over stock and/or offers a discounted or sale prices |
|---|---|
| 343 | online edition bed sale  & it gives prices |
| 2160 | Mention of  Sale |
| 2170 | It says bed sale and 55% off |
| 5292 | says bed sale with sleep number beds,  Sleep 55% off |
| 6861 | says bed sale ends 6/10 and the web site has /sleep number in it and mentions costs and savings |
| 7534 | I assumed that there were old stock sleep number beds that are being sold at discounted |
| 9770 | its says sale and has details for a discount |
| 10149 | the words bed sale AS WELL AS amount |
| 10188 | the websites name compels myself to believe that I can purchase the bed on their site, unlike a wikipedia, youtube, or ask jives results. It also says bed sale and the url is more likely to be an online shopping site. |
| 10193 | it doesnt say the name but it does say beds i would go to the website if they carry the sleep number brand. |
| 11252 | The 55% Off indicates a discount on a price and the words 'bed sale' along with prices would make me believe I could purchase a Sleep Number here. |
| 12031 | There is a phone number and there is a sale indicated. I would think it might be such a website and would probably check it out. |
| 12826 | It advertised sale prices |
| 13018 | It gives you a contact number and states on that edition of the  .bed you could possibly save 55% off or $2000 in savings |
| 13136 | Says  Online Edition Bed Sale |
| 14169 | Because they are offering a sale price. |
| 14870 | I think so because this one looks like it is the one who sale and carry it because of the discount sign |
| 15366 | It says 55% off Number Beds |
| 15619 | This result made me think that I could purchase a sleep number bed |

| | |
|---|---|
| | because the website says personal comfort bed.com/vSleepNumber which leads me to believe that this is a store that sells beds and Sleep Number is one of the brands they carry. |
| 16607 | there is a discount for buying one; an 800 number to order them; there's a line that indicates a sale on beds |
| 17095 | It says 55% off number beds. |
| 18232 | it says there is a sale on it and has a phone number so... |
| 18794 | It provides a percentage off the price as well as an 800 number. Mentions a sale going on. |
| 18943 | It says 55% off number beds |
| 19464 | It mentions a sale on their website. |
| 19937 | 55% off bedding |
| 22676 | Because it appears to be a retailer that sells this brand of mattress. |
| 23041 | It says bed sale and lists 55% of number beds |

*Test Group 2: Sleep Number*

| Respondent ID | Q235/Q245 Coded: The actual web address contains the name (i.e.: "sleepnumber") |
|---|---|
| 415 | because the URL has /vSleepNumber at the end |
| 514 | It has SleepNumber in link |
| 947 | It says they are having a sale so it sounds like you can buy items here and it says the name sleep number in the link so it looks like they sell this brand |
| 2532 | It has  SleepNumber  at the end of the web site address. |
| 2786 | words in title, sleep number in web address |
| 3548 | Now that I notice the  v  before  SleepNumber , I no longer think so. |
| 4896 | because of the way they list their webpage |
| 6162 | After  personalcomfortbed.com...  it has vSleepNumber; sinceit has Sleepnumber in the address I would think that means you can go to the SleepNumber page at the store website. |
| 6167 | the /sleepnumber at the end of the web address |
| 7046 | The add link ends in SleepNumber. |
| 7612 | Uses the words Sleep Number in the link; Number Bed Sleep makes you think its for Sleep number; |
| 7773 | SleepNumber is in the address |
| 7819 | Sleep Number is in the actual web address and I assumed that was a page within the above site dedicated to Sleep Number beds. |
| 8269 | the website slash sleep number |
| 8465 | It has sleep number in the address |
| 8573 | it had sleep number in the web address, offers sales on mattresses |

| | |
|---|---|
| 8675 | The link |
| 9467 | the website |
| 9707 | I see the sleep number term contained in the link. |
| 10031 | sleepnumber is included in the url |
| 10275 | well. becasue the website gave it away, it said  sleep number |
| 10388 | Talks about a closeout sale and the link has sleep number in it. |
| 10400 | sleepnumber at the end of the website address |
| 10449 | the link in green |
| 10927 | the word  sleepnumber  after the website |
| 10996 | Title  Number Bed Sleep  with Sleepnumber at end of url |
| 11104 | because it has SleepNumber in the web address, and it has a closeout sale as well |
| 11514 | THEIR WEB SITE ADDY & 888 NUMBER |
| 11540 | sorry....when I first read it I SleepNumber on the dot com address. But as I look at it closer it sans comfortbed v. SleepNumber...so I'm pretty sure they are promoting & selling Comfort Bed not Sleep Number |
| 13448 | it has sleep number in the green link |
| 13542 | It has SleepNumber on the end of the url |
| 13552 | /sleepnumber |
| 13743 | It seems like a website that sells mattresses. It has  /sleepnumber in the website name. |
| 14927 | in the address it has seep number bed |
| 15133 | Because it looks like an ad for a company that sells beds. The word sleep number  appears in the url link as well. |
| 15306 | Because of the /vSleepNumber, but now I see the v which I didn't when I looked at it. |
| 16617 | it states there is a sale  and sleep number is in the link |
| 16916 | I made a mistake. I now see a  v  in front of the word  SleepNumber.  I think it's a ruse to get people searching for Sleep Number to open their site. |
| 19651 | website noted sleepnumber |
| 19669 | It has  vSleepnumber  in the websitting |
| 22634 | The name of the Website. |
| 22977 | becusce it says personal comfart bed.com/sleepnumber |
| 23329 | They either linked directly to the company website, or had the actual words sleep number in the link or ad. |

| Respondent ID | Q235/Q245 Coded: Use of the words "Sleep" and/or "Number" |
|---|---|
| 775 | Cuz it says SleepNumber on top |
| 1713 | It list the name of the bed as well as states that it is for sale at a discounted price |
| 6590 | because it says numberbedsleepsale |
| 7612 | Uses the words Sleep Number in the link; Number Bed Sleep makes you think its for Sleep number; |
| 7791 | it says sleep number |
| 9219 | Through written statements  Number Bed sleep  And written words such as  closeout sale |
| 10996 | Title  Number Bed Sleep  with Sleepnumber at end of url |
| 12151 | Try In-Home Risk Free, Number Bed Sale |
| 13037 | It says sale closeout 60%, although it is not clear if it is a sleep number bed. Just number bed. The link is different though almost like a comparison. |
| 13159 | Because it has detailed info on the Sleep Number |
| 13316 | they advertised selling the sleep number bed |
| 14845 | It said closeout number bed sleep sale |
| 15016 | because it says number bed sleep |
| 15380 | its got  sleep  number written in it |
| 16271 | The fact that there is a sale on Number beds implies that they, in fact, sell them. |
| 21706 | sleep number closeout sale showed. may be knock off upon further review |
| 22536 | it has the name sleepnumber in the title |
| 23202 | Has a list of prices for sleep number beds. FDA registered |

| Respondent ID | Q235/Q245 Coded: The description and/or tagline and/or heading indicates it |
|---|---|
| 2786 | words in title, sleep number in web address |
| 9300 | I read their text. |
| 12769 | because it was in the ad the contact number u need to call and site itself,they are on sale |
| 14366 | the wording.   looking closer i dont think i could. |
| 19917 | The title |

| Respondent ID | Q235/Q245 Coded: The fact that it is a sponsored ad |
|---|---|
| 13623 | its a google ad thats usually legit. it provides a phone number |
| 15424 | ad |

| Respondent ID | Q235/Q245 Coded: It appears to be a site that offers several brands and/or has left over stock and/or offers a discounted or sale prices |
|---|---|
| 223 | Sale, free ship, try |
| 528 | I don't know. It doesn't say a specific brand so I think that you might be able to find one on this site. |
| 594 | It indicates that there is a closeout sale.  Also free shipping indicates that you can purchase items. |
| 947 | It says they are having a sale so it sounds like you can buy items here and it says the name sleep number in the link so it looks like they sell this brand |
| 1033 | close out sale |
| 2096 | It says it has a closeout sale and  try in-home 'risk free' |
| 2235 | closeout sale |
| 5193 | it says closout sale |
| 5905 | It says there is a sale |
| 7225 | Because it says that it is a Fda registered facility as well as stating the sale |
| 8013 | Because it looks like a store where you can buy a bed online. |
| 8307 | Ad for 60% sale |
| 8867 | it talks about a sale |
| 9037 | 60% closeout sale |
| 9219 |  Through written statements  Number Bed sleep   And written words such as  closeout sale |
| 9789 | It says  Sale 60% - Closeout Sale  which means they are selling beds |
| 10388 | Talks about a closeout sale and the link has sleep number in it. |
| 10799 | it appears to be a private store that sells sleep number beds |
| 11104 |  because it has SleepNumber in the web address, and it has a closeout sale as well |
| 12168 | Because it's an ad about a company that is closing down. |
| 12876 | because the ad seems to have beds at close out prices although now that i read it again im not sure they vactually have seep number beds |
| 13037 | It says sale closeout 60%, although it is not clear if it is a sleep number bed. Just number bed. The link is different though almost like a comparison. |
| 13743 | It seems like a website that sells mattresses. It has  /sleepnumber in the website name. |
| 13940 | possible warehousing site.   Sale 60%  and  closeout sale   all indicate |

| | |
|---|---|
| | being able to purchase or at the very least, be redirected. |
| 14162 | Mentions 60% off and closeout Sale |
| 14845 | It said closeout number bed sleep sale |
| 15014 | it mentions closeout sale |
| 15595 | it says closeout sale.  it claims to be a facility, with free schipping. |
| 16271 | The fact that there is a sale on Number beds implies that they, in fact, sell them. |
| 16845 | SAYS 60% OFF CLOSEOUT SALE |
| 18213 | says 60% sale |
| 18341 | the term  Closeout Sale  and  Compare Now |
| 18623 | Closeout sale, free ship, pillow, no tax, try in-home risk free. |
| 19109 | I have seen sites like this where a multitude of items are sold. |
| 19329 | sale price |
| 19490 | It says 60% off sale, actually i'm not 100% sure they'd have sleep number but they'd have a similar product if they didn't |
| 20881 | They may carry multiple manufacturers |
| 21706 | sleep number closeout sale showed. may be knock off upon further review |
| 22694 | it looks like they sell them as they have a category for them |
| 23021 | because it says closeout sale. |

*Test Group 3: Comfortaire*

| Respondent ID | Q235/Q245 Coded: The actual web address contains the name (i.e.: "comfortaire") |
|---|---|
| 1828 | the website it self |
| 2013 |  from the address below |
| 2825 |  looks like a company link |
| 3266 | Well, seeing the word comfortaire at the end of the link makes me think I could purchase from the site |
| 3757 |  because of the comfortaire  back slash at the end |
| 5893 | The URL specifies the third-parties website address as well as advertise the sale dates for the product I am looking for. |
| 8275 |  looks like it would take you directly to their web site |
| 9495 |  NAME IN THE WEB ADDRERSS |
| 10531 | the site reads like a sales website (personalcomfortbed.com) and (/comfortaire) which would indicate the brand. Also, the link is titled comfort air beds on sale |
| 11526 | It leads me to believe they sell beds, and it has Comfortaire in the web address. |
| 11751 | because is appears to be a place you can buy mattresses AND the / goes to |

| | Comfortaire screen |
|---|---|
| 12157 | Comfort Air is right in the heading and in the URL of the website. |
| 12237 | Its has comfortaire in the website description |
| 13405 | THE LAST PART OF THE WEBSITE |
| 13751 | it shows the brand Comfortaire on the URL |
| 14684 | It lists Comfortaire in the website address, so I think it might be a specifically operated website, rather than a general sale site. |
| 15012 | It says it's an online bed sale and the keyword comfortaire is in the web address. I would therefore at least look there. |
| 15279 | the word Comfortaire is last word listed on the web address |
| 15531 | Because it has a comfortaire hashtag and it is advertising the sale of beds. |
| 15634 | It says on sale in the header and it has Comfortaire in the link. |
| 15693 | Because usually the best place to buy something is directly from the company that makes it and in the URL it says comfortaire which usually means thats the actual company. |
| 15828 | because at the end it has /Comfortaire |
| 16309 | the word/name Comfortaire in the web address |
| 16887 | in the end says comfortaire |
| 18270 | It has  Comfortaire  in the web address. |
| 18927 | The name, Comfortaire is written in the url, and the fact that is states they are having an  online edition bed sale   who has edition items for release before the owner? That is, legally! |
| 19244 | online edition bed sale *ends 3/17 and the url ends with Comfortaire |
| 19484 | it states it's name in the web address |
| 19947 | www.personalcomfortbed.com/vcomfortaire |
| 20346 | The name brand in the webpage, Comfortaire. |
| 22098 | It has the name in the URL |
| 23332 | because it has the name in the web address and states the beds are on sale |

| Respondent ID | Q235/Q245 Coded: Use of the words "Comfort(aire)" and/or "Air" and/or "Bed" |
|---|---|
| 242 | They have the word comfortaire |
| 339 | beacause it says comfort air beds on sale |
| 3907 | comfort |
| 4021 | words comfortaire bed sale |
| 5444 | It clearly states Comfort Air Beds on Sale. |
| 6148 | It stated that Comfort Air Beds are on sale and the sale ends 3/17 |
| 6850 | the name comfortaire is mention as bed on sale |
| 9710 | air beds on sale - comfortaire |
| 11035 | it says comfort air beds on sale |
| 12157 | Comfort Air is right in the heading and in the URL of the website. |
| 12355 | the heading mentions comfort air beds on sale |

| | |
|---|---|
| 14290 | Word sale, date of sale end as well as brand name |
| 15129 | the title is 'Comfort Air Beds On Sale' |
| 15297 | The headline says comfort air beds on sale so I assume you can buy these beds also. |
| 17031 | Describes Air beds being on sale. |
| 17544 | it states cofort air bed on sale |
| 19370 | It says Comfort Air and Bed Sale |
| 19492 | its a site that sells beds and it mentions the brand comfortaire |
| 20122 | www.personalcomfortbed.com sounds like its a website for comfortair |
| 20407 | It mentions about comfort air beds. |
| 22680 | They have air beds on sale. |
| 22898 | it states air beds on sales:  comfortaire |
| 23010 | it says Comfort Air Beds On Sale, that makes me think they are selling them |
| 23105 | because it shows that the comfort air beds are available on sale |

| Respondent ID | Q235/Q245 Coded: The description and/or tagline and/or heading indicates it |
|---|---|
| 619 | The title and description mention the brand. |
| 3495 | The heading |
| 4322 | The title says the bed is on sale (online edition). |
| 5122 | THAT IS A TAGLINE |
| 5680 | because it says so |
| 6445 | The language indicates that the Comfortaire is included in the online edition bed sale. |
| 7222 | The title |
| 9602 | because it states so on the ad and they are on |
| 15233 | because it says they're on sale? |
| 15297 | The headline says comfort air beds on sale so I assume you can buy these beds also. |
| 16790 | Bed Sale is written in description |
| 19103 | by the name of it. |

| Respondent ID | Q235/Q245 Coded: The location the listing appeared among the results |
|---|---|
| 13462 | showed up at the top of the page |
| 13841 | Because it is right at the top of the ad highlighted in pink. |

| Respondent ID | Q235/Q245 Coded: The fact that it is a sponsored ad |
|---|---|
| 23347 | Its an adv. |

| Respondent ID | Q235/Q245 Coded: It appears to be a site that offers several brands and/or has left over stock and/or offers a discounted or sale prices |
|---|---|
| 1679 | Because the line  online edition bed sale  implies that those sales are only good for the beds they have for sale online and must be sold by 3/17 to get the special online pricing |
| 1839 | it states that these beds are on sale at this site |
| 2826 | it has beds on sale |
| 3576 | It says  Online Edition Bed Sale  right in the ad. |
| 4322 | The title says the bed is on sale (online edition). |
| 4694 | mention the word sale |
| 4884 | says they have sales |
| 6010 | says there on sale. |
| 6445 | The language indicates that the Comfortaire is included in the online edition bed sale. |
| 7938 | The ad states  On Sale , so it's probably a place to buy a comfortaire bed. |
| 8608 | because they are on sale |
| 9884 | I am thinking this is a more general website that sells multiple brands of mattresses. |
| 10841 | Online Edition Beds on sale |
| 11866 | It looks a site that have different name brand beds, I'm sure comfortaire is one. |
| 12057 | it states beds on sale and gives a date sale ends |
| 13249 | It says  Bed Sale |
| 13536 | on the site mentions the promotion will this product |
| 13582 | It states beds on sale |
| 14196 |  they are on sale not to pricey |
| 14493 | It says there is a sale going on |
| 15012 | It says it's an online bed sale and the keyword comfortaire is in the web address. I would therefore at least look there. |
| 15634 | It says on sale in the header and it has Comfortaire in the link. |
| 16150 | It was just for research. I did notice that the name was spelled different and was not sure if it was the same company. I just thought I would check it out. |
| 16314 | They are advertising an online bed sale |
| 16395 | It says beds on sale |
| 16417 | Looks like the name of an online retail site. |
| 18632 | Says theyre onsale |
| 19082 | it says on sale |
| 19180 | It reads just like a commercial website for products such as this. |
| 19244 | online edition bed sale *ends 3/17 and the url ends with Comfortaire |
| 19492 | its a site that sells beds and it mentions the brand comfortaire |
| 19672 | Because it says that there is a sale running through 3/17 |

| | |
|---|---|
| 21213 | It is because of the title, the sub-directory, and the brief description of this aggregated price comparison website. |
| 21929 | because it says you can buy online on sale |
| 23163 | It suggests they sell air beds since they mention beds on sale, so I think they sell the Comfortaire bed as well. |
| 23332 | because it has the name in the web address and states the beds are on sale |

*Confusion Survey Conclusions*

Based on the survey results, it is my opinion that there is a likelihood that consumers who encounter the Personal Comfort Bed listings tested after searching for the terms "Sleep Number," "Sleep Number bed," or "Comfortaire" will be confused into believing the listings are for websites that are operated by the company that makes Sleep Number or Comfortaire beds or websites where you can buy a Sleep Number of Comfortaire bed.

<u>Teflon Survey</u>

As discussed earlier, the Teflon survey is designed to measure whether consumers perceive "Sleep Number" to be a brand name or a common name.

The name Sleep Number was tested along with three brand names and three common names that can be used as benchmarks against which the extent that consumers perceive Sleep Number to be a brand or common name can be measured.

Among 200 respondents in the Teflon survey, 167 (83.5%) answered that they believe "Sleep Number" is a brand name. This represents an overwhelming majority of mattress purchasers and makes clear that Sleep Number is primarily perceived as a brand name.

As the following table shows, the rate of belief that Sleep Number is a brand name is also in line with the proportion of respondents who believe that other brand names included in the survey are in fact brand names.

This table illustrates the proportion of respondents who believe each of the following names included in the survey are brand names:

| Proportion of Respondents Who Believed Each Brand Name Is A Brand Name: | |
|---|---|
| BEAUTYREST | 92.5% |
| POSTUREPEDIC | 87.5% |
| **SLEEP NUMBER** | **83.5%** |
| TEMPUR-PEDIC | 75.5% |

This result is also validated by the fact that only low percentages of respondents identified the common terms shown as brand names.

The following table displays the proportion of respondents who believe each of the following common names are brand names:

| Proportion of Respondents Who Believed Each Common Name Is A Brand Name: | |
|---|---|
| MEMORY FOAM | 18.0% |
| FIRMNESS SETTING | 1.0% |
| ADJUSTABLE AIR BED | 2.0% |

This affirms that the 83.5% rate of identifying Sleep Number as a brand name represents genuine recognition of Sleep Number as a brand and cannot be dismissed as the product of any respondent or survey error.

***Teflon Survey Conclusions***

Based on the Teflon survey results, it is my opinion that consumers overwhelmingly recognize "Sleep Number" as a brand name and that it is not generic.

## *OPINIONS REGARDING BUTLER AND REITTER SECONDARY MEANING SURVEYS*

### 1. Reitter Survey Concerning Sleep Number Mark

Robert Reitter conducted a random digit dial telephone survey using a list of randomly generated landline numbers supplemented by a list of cellphone numbers. A total of 300 qualified respondents were read a number of terms in connection with mattresses and were asked for each one whether they associate the term with the mattresses of only one company or more than one company. A more detailed description of the Reitter Survey is provided in the Reitter Report (SCC0035039, SCC00035040, SC00035074).

Of the 300 respondents who were read the term SLEEP NUMBER, 62% answered that they associate the term with the mattresses of only one company while only 8% answered that they associate SLEEP NUMBER with more than one company. The 62% rate of associating SLEEP NUMBER with the mattresses of only one company was directionally higher than and statistically equivalent to the rates for other well-known mattress brands POSTUREPEDIC (59%) and BEAUTY REST (57%).

The survey also contained two terms that functioned as proper controls because they are not trademarks of one source – ADJUSTABLE AIR BED and INNER SPRING. A total of 8% of respondents answered that they associated INNER SPRING with the mattresses of one company and 20% gave this answer for ADJUSTABLE AIR BED. These dramatically lower rates validate that the 62% result for SLEEP NUMBER represents genuine consumer association of the term SLEEP NUMBER with a single source of mattresses and cannot be dismissed as the product of respondent guessing or inattention or any other respondent or survey error. Accordingly, it is my opinion that the Reitter Survey supports a finding that the term Sleep Number has acquired secondary meaning. It is also worth noting that the Reitter Survey result is generally

consistent with my own survey, which found that the large majority of respondents perceived the term "Sleep Number" to be a brand name and not a common term.


## II.   <u>Butler Survey Concerning Number Bed Mark</u>

Sarah Butler conducted a telephone survey using a very similar methodology as the Reitter survey described above, and detailed in the Butler Report (SCC00034951, SCC00034952, SCC00035038).  In the Butler Survey, a total of 48% of respondents answered that they associate the term NUMBER BED with the mattresses of only one company, as compared to only 9% who associated the term with more than one company.  This result is comparable to the rate for other brand names asked about in the survey, TEMPUR-PEDIC (48%) and BEAUTY REST (53%).

The Butler Survey also contained a control.  Respondents were also asked about the term INNER SPRING.  The low (3%) rate of respondents answering that they associate the term INNER SPRING with the mattresses of only one company validates that the higher 48% result for the term NUMBER BED reflects genuine consumer association of the term NUMBER BED with a single source and cannot be dismissed as the product of respondent guessing or inattention or other forms of survey or respondent error. Accordingly, it is my opinion that the Butler Survey supports a finding that the term Number Bed has acquired secondary meaning.

Consistent with the verbatim responses given by respondents in my confusion survey described above, a substantial number of verbatim responses in the Butler survey also identified Sleep Number (or Select Comfort) as the single source with which consumers associate the term Number Bed.

**APPENDIX A**

**CURRICULUM VITAE OF STUDY'S AUTHOR**

### Hal L. Poret
(hal.inc42@gmail.com; 914-772-5087)

*Education*

1998                Harvard Law School, J.D., *cum laude*
- Editor/Writer – Harvard Law Record
- Research Assistant to Professor Martha Minow

1995         S.U.N.Y. Albany, M.A. in Mathematics, *summa cum laude*
- Statistics
- Taught calculus/precalculus/statistics

1993    Union College, B.S. in Mathematics with honors, *magna cum laude*
- Phi Beta Kappa
- Resch Award for Achievement in Mathematical Research

*Employment*

2004 -       Senior Vice President, ORC International
- Designed, supervised, and analyzed over 700 consumer surveys, including Trademark, Trade Dress, Advertising Perception, Fraud/Consumer Deception, Claims Substantiation studies, Damages, and Corporate Market Research Surveys
- Provided expert testimony at deposition and/or trial regarding survey research in over 50 U.S. District Court litigations and proceedings in front of TTAB, NAD and the FTC.
- Review and comment on third party surveys

2003 – 2004   Internet Sports Advantage
- Developed and marketed proprietary internet sports product, and licensed trademark and intellectual property rights.

1998 – 2003   Attorney, Foley Hoag & Eliot, Boston, MA
- Represented corporations and individuals in trademark, trade dress, advertising, product, and related legal disputes.
- Worked with survey experts in developing and using surveys as evidence in trademark, trade dress and advertising disputes.
- Advised clients in the selection, adoption, use, licensing, and protection of trademarks/trade dress; represented clients in trademark/trade dress litigations, administrative proceedings before the Trademark Trial and Appeal Board and United States Patent and Trademark Office, and domain name proceedings under the Uniform Domain-Name Dispute-Resolution Policy.

*Testimony at Trial or by Deposition*
(Party who retained me shown in bold)

| | | |
|---|---|---|
| 2014 | Amy's Ice Creams v. **Amy's Kitchen** (Deposition) | USDC Western District of TX |
| 2014 | **Quoc Viet** v. VV Foods (Deposition) | USDC Central District of CA |
| 2014 | **Unity Health** v. UnityPoint (Deposition) | USDC Western District of WI |
| 2014 | In re: NCAA Student-athlete litigation (Deposition and Trial) | USDCNorthern District of CA |
| 2014 | Spiraledge v. **SeaWorld** (Deposition) | USDC Southern District of CA |
| 2014 | **Diageo N.A. v.** Mexcor (Deposition) | USDC Southern District of TX |
| 2014 | **Pam Lab** v. Virtus Pharmaceutical (Deposition and trial) | USDC  Southern District of FL |
| 2014 | **US Soccer Federation** v. Players Ass'n (Arbitration Testimony) | Arbitration |
| 2014 | **Estate of Marilyn Monroe** v. AVELA (Deposition) | USDC Southern District of NY |
| 2014 | Kelly-Brown v. **Winfrey, et al.** (Deposition) | USDC Southern District of NY |
| 2014 | Virco Mfg **v. Hertz & Academia** (Deposition) | USDC Central District of CA |
| 2014 | PODS v. **UHAUL** **(Deposition)** | USDC Middle District of FL |
| 2014 | In re: Hulu Privacy Litigation **(Deposition)** | USDC Northern District of CA |
| 2013 | **Jackson Family Wines** v. Diageo (Deposition) | USDC Northern District of CA |

| 2013 | Bubbles, Inc. v. **Sibu, LLC.** (Deposition) | USDC Eastern District of VA |
| 2013 | Clorox v. **Industrias Dalen** (Deposition) | USDC Northern District of CA |
| 2013 | Globefill v. **Elements Spirits** (Deposition and trial) | USDC Central District of CA |
| 2013 | Active Ride Shop v. **Old Navy** (Deposition and trial) | USDC Central District of CA |
| 2013 | **Macy's Inc**. v. Strategic Marks LLC. (Deposition) | Northern District of CA |
| 2013 | Karoun Dairies, Inc. v. **Karoun Dairies, Inc.** (Deposition) | Southern District of CA |
| 2013 | **Kraft Foods** v. Cracker Barrel Old Country (Deposition and Trial) | Southern District of NY |
| 2013 | **Bayer Healthcare** v. Sergeants Pet Care USDC (Deposition and Trial) | Southern District of NY |
| 2013 | JJI International v. **The Bazar Group, Inc.** (Deposition) | USDC District of RI |
| 2013 | **Fage Dairy USA** v. General Mills (Deposition) | Northern District of NY |
| 2013 | Gameshow Network v. **Cablevision** (Deposition) | F.C.C. |
| 2013 | Telebrands v. **Meyer Marketing** (Deposition) | USDC Eastern District of CA |
| 2012 | Marketquest v. **BIC** (Deposition) | USDC Southern District of CA |
| 2012 | **Hornady** v. DoubleTap (Deposition) | USDC District of Utah |
| 2012 | **Briggs/Kohler** Opposition to Honda (Deposition) | TTAB |

2012  **Apple** v. Samsung                       USDC Northern District of CA
      (Deposition and Trial)

2012  Forest River v. **Heartland**              USDC Northern District of IN
      (Deposition)

2012  SPD v. **Church & Dwight**                 USDC District of NJ
      (Deposition)

2012  Brighton Collectibles v. **Texas Leather** USDC Southern District of CA
      (Deposition)

2012  **Cytosport** v. Vital Pharmaceuticals     USDC Eastern District of CA
      (Deposition)

2012  Authors Guild v. **Google**               USDC Southern District of NY
      (Deposition)

2012  Clear Choice v. **Real Choice**            TTAB
      (Opposition testimony)

2011  **Borghese** v. Perlier et al.             USDC Southern District of NY
      (Deposition)

2011  My Favorite Company v. **Wal-Mart**        USDC Central District of CA
      (Deposition)

2011  **PepsiCo** v. Pirincci                    TTAB
      (Opposition testimony)

2011  **GAP Inc.** v. G.A.P. Adventures          USDC Southern District of NY
      (Trial)

2011  **Merck Eprova** v. Brookstone             USDC Southern District of NY
      (Deposition and trial)

2011  Wella, Inc. v. **Willagirl LLC**           USDC Southern District of NY
      (Deposition)

2011  Bauer Bros. v. **Nike**                    USDC Southern District of CA
      (Deposition)

2011  **Aviva Sports** v. Manley                 USDC District of Minnesota
      (Deposition)

| | | |
|---|---|---|
| 2011 | **American Express** v. Black Card LLC (Deposition) | USDC Southern District of NY |
| 2011 | Gosmile v. **Dr. Levine** (Preliminary Injunction Trial) | USDC Southern District of NY |
| 2010 | **Nat'l Western Life** v. Western Nat'l Life (Deposition) | USDC Western District of TX |
| 2010 | **3M** v. Mohan (Trial) | USDC District of Minnesota |
| 2010 | Active Network v. **EA Sports** (Preliminary Injunction declaration) | USDC Central District of CA |
| 2010 | **FIJI Water Co.** v. FIJI Mineral USA (Deposition) | USDC Central District of CA |
| 2010 | Hansen Beverage v. **CytoSport** (Deposition) | USDC Central District of CA |
| 2010 | People's United Bank v. **PeoplesBank** (Deposition and Preliminary Injunction trial) | USDC District of CT |
| 2010 | **Don Henley** v. Charles Devore (Deposition) | USDC Central District of CA |
| 2010 | Pegasus v. **Allscripts** (Deposition and Mediation) | USDC Middle District of FL |
| 2010 | **Jelmar, Inc.** v. Zep Commercial (Deposition) | USDC Northern District of IL |
| 2010 | **Dollar Bank** v. Emigrant Bank (Deposition) | USDC Western District of PA |

*Presentations*

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 30, 2013)

Using Survey Experts in Trademark Litigation (DRI Intellectual Property Seminar, May 9, 2013)

Surveys in Trademark and Advertising Litigation  (2013 National CLE Conference, Snowmass Colorado, January 2013)

Internet Survey Issues (PLI Hot Topics in Advertising Law Conference, March 2012)

Measuring Consumer Confusion Through Online Surveys (2011 Midwest IP Institute) (September, 2011)

Online Surveys as Evidence in Trademark Disputes (International Trademark Association Annual Conference, May 2011)

Managing Intellectual Property Trademark Roundtable (April 7, 2010)

Recent Trends in Trademark Surveys (Virginia State Bar Intellectual Property Conference, October 2009)

Trademark Surveys in US Litigation (presentation for International Trademark Association Annual Conference) (May 2009)

How to Conduct Surveys for use in Trademark Disputes (Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

Trademark and Advertising Perception Studies for Legal Disputes (Opinion Research Corporation Seminar, June 2008)

Understanding Advertising Perception Surveys (Promotions Marketing Association Annual Law Conference) (November 2007)

Designing and Implementing Studies to Substantiate Advertising Claims (American Conference Institute Claims Substantiation Conference, October 2007)

Surveys in Trademark and False Advertising Disputes (InfoUSA Webinar, June 2007)

Measuring Consumer Perception in False Advertising and Trademark Cases, (multiple presentations) (2007)

Potential Errors to Avoid In Designing a Trademark Dilution Survey (American Intellectual Property Association paper, April 2007)

Consumer Surveys in Trademark and Advertising Cases (presentation at Promotions Marketing Association Annual Law Conference) (December 2006)

Use of Survey Research and Expert Testimony in Trademark Litigation, (International Trademark Association Annual Conference, May 2006)

Survey Research as Evidence in Trademark/Trade Dress Disputes (multiple presentations) (2006)

Using Surveys to Measure Secondary Meaning of Trade Dress, Legal Education Seminar, Boston, April 2006


*Publications/Papers*

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 2013)

Hot Topics and Recent Developments in Trademark Surveys (paper for May 2013 DRI Intellectual Property Conference)

Surveys in Trademark and Advertising Litigation  (2013 National CLE Conference, Snowmass Colorado, January 2013)

Trademark Litigation Online Consumer Surveys (Practical Law Company Intellectual Property and Technology, May 2012)

Hot Topics in Advertising Law 2012 (Contributor to Practising Law Institute publication)

A Comparative Empirical Analysis of Online Versus Mall and Phone Methodologies for Trademark Surveys, 100 TMR 756 (May-June 2010)

Recent Trends in Trademark Surveys (paper for Virginia State Bar Intellectual Property conference, October 2009)

Trademark Dilution Revision Act breathes new life into dilution surveys (In Brief PLI website, June 2009)

The Mark (Survey Newsletter; three editions 2009)

<u>Hot Topics in Trademark Surveys</u> (paper for Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

<u>The Mark</u> (Survey Newsletter, 2008)

<u>Trademark and Advertising Survey Report</u> (Summer 2007)

<u>Avoiding Pitfalls in Dilution Surveys under TDRA</u> (AIPLA Spring Conference, Boston, May 2007)


*Commentary*

<u>Comment on Hotels.com case</u> (on TTABLOG.COM, July 24, 2009)

<u>Comment on Nextel v. Motorola</u> (on TTABLOG.COM, June 19, 2009)

<u>PLI All-Star Briefing Newsletter,</u> "What does the Trademark Dilution Revision Act mean for the future of Dilution Surveys?" (June 2009)


*Professional Memberships/Affiliations*

Council of American Survey Research Organizations

International Trademark Association

National Advertising Division of Council of Better Business Bureaus

**APPENDIX B**

**QUESTIONNAIRES/INSTRUCTIONS**

SCREENER

**PROGRAMMING NOTE:**
- **DO NOT ALLOW RESPONDENTS TAKING SURVEY ON ANY MOBILE DEVICE TO ENTER THE SURVEY. ONLY ALLOW DESKTOP, LAPTOP/NOTEBOOK COMPUTERS.**
- **DO NOT PERMIT RESPONDENTS TO RETURN TO PREVIOUS SCREEN ONCE ADVANCING.**

**BASE: ALL RESPONDENTS**

100.    Please enter your date of birth **[PROGRAMMER: TERMINATE IF DOES NOT MATCH PANELIST'S PRELOAD OR IF UNDER 18. CALCULATE AGE RANGES TO DETERMINE OPEN QUOTAS FOR AGE PRIOR TO CONTINUING.  CODE AGE RANGE BASED ON DOB]**

**BASE: ANY NON-TERMINATES**

105.    Are you…
        1. Female
        2. Male

**ASK IF: HAS NOT TERMINATED**

110.    In what state do you live?
        **[PROGRAMMER: Drop down menu of states plus D.C.. Include an option for "Other" and terminate if it is selected.]**

**BASE: ANY NON-TERMINATES**

120.    Do you or does anyone in your household work in any of the following areas?
        *(Select all that apply)*
        [RANDOMIZE]
        1.    For a company that makes or sells automobiles
        2.    For a real estate company
        3.    For a veterinarians office or clinic
        4.    For a travel agency
        5.    For a company that makes or sells mattresses/beds **[TERMINATE]**
        6.    None of these **[ANCHOR; EXCLUSIVE]**

**BASE: ANY NON-TERMINATES**

125.    Do you or does anyone in your household work in either advertising or market research?
        *(Select all that apply)*
        [RANDOMIZE]
        1.    Yes, advertising **[TERMINATE]**
        2.    Yes, market research **[TERMINATE]**
        3.    No, neither of these **[ANCHOR; EXCLUSIVE]**

**BASE: ANY NON-TERMINATES**

130.    Which of the following, if any, have you purchased <u>in the past 2 years</u>?
        *(Select all that apply or "none of these.")*
        [RANDOMIZE]
        1.    An automobile
        2.    A house or apartment
        3.    A household pet
        4.    A vacation package

    5. A mattress
    6. None of these **[ANCHOR; EXCLUSIVE]**

**BASE: ANY NON-TERMINATES**

131. Which of the following, if any, are you likely to consider purchasing <u>in the next 2 years</u>?
*(Select all that apply or "none of these.")*
[REPEAT LIST FROM 130 IN SAME ORDER]

**[MUST SELECT EITHER (130=MATTRESS AND/OR 131=MATTRESS TO CONTINUE; OTHERWISE, TERMINATE.]**

**BASE: 130=mattress AND (LINK 1 ONLY)**

132. The following are descriptions of several types of mattresses.  Please read these descriptions and refer to them in answering the question below.

| <u>Type of Mattress</u> | <u>Description</u> |
|---|---|
| Spring/coil mattress | A mattress that is filled with springs/coils for support |
| Air mattress (non-adjustable) | A mattress that is filled with air for support rather than springs/coils.  The mattress is permanent and cannot be adjusted. |
| Adjustable air mattress | A mattress that is filled with air for support rather than springs/coils.  The mattress can be adjusted by remote control for comfort/firmness. |
| Inflatable air bed | A bed that can be inflated and deflated with an air pump and is portable.  Often used for camping, travel, etc. |
| Memory foam mattress | A mattress that is made of foam that adjusts to the shape of the body |

For each of the following types of mattresses (described above), please indicate whether or not you purchased or considered purchasing that type of mattress <u>in the past 2 years</u>?
[GRID COLUMNS - EXCLUSIVE: Considered, but did not purchase; Purchased; Did not consider or purchase – RANDOMIZE THE ORDER OF THE COLUMNS SO THEY APPEAR IN ONE OF THESE ORDERS: 1-2-3; 2-1-3; 3-1-2; 3-2-1]

    1. Spring/coil mattress
    2. Air mattress (non-adjustable)
    3. Adjustable air mattress
    4. Inflatable air bed

5.  Memory foam mattress

**BASE: 131=mattress AND (LINK 1 ONLY)**

137.  The following are descriptions of several types of mattresses.  Please read these descriptions and refer to them in answering the question below.
[REPEAT TABLE IN SAME ORDER AS SHOWN IN Q132 IF ASKED, OTHERWISE RANDOMIZE]

| Type of Mattress | Description |
| --- | --- |
| Spring/coil mattress | A mattress that is filled with springs/coils for support |
| Air mattress (non-adjustable) | A mattress that is filled with air for support rather than springs/coils.  The mattress is permanent and cannot be adjusted. |
| Adjustable air mattress | A mattress that is filled with air for support rather than springs/coils.  The mattress can be adjusted by remote control for comfort/firmness. |
| Inflatable air bed | A bed that can be inflated and deflated with an air pump and is portable.  Often used for camping, travel, etc. |
| Memory foam mattress | A mattress that is made of foam that adjusts to the shape of the body |

Which, if any, of the following types of mattresses (described above), would you consider purchasing in the <u>next</u> 2 years?
*(Select all that apply or "none of these.")*
[LIST IN SAME ORDER AS SHOWN IN ABOVE TABLE]

6.  Spring/coil mattress
7.  Air mattress (non-adjustable)
8.  Adjustable air mattress
9.  Inflatable air bed
10. Memory foam mattress
11. None of these **[ANCHOR; EXCLUSIVE] [TERMINATE]**

**[IF LINK 1, MUST SELECT EITHER (132/3=CONSIDERED OR 132/3=PURCHASED) AND/OR (Q137=3(ADJUSTABLE AIR MATTRESS)) TO CONTINUE; OTHERWISE, TERMINATE.]**

**BASE: 132=CONSIDERED AN ADJUSTABLE AIR MATTRESS AND (LINK 1 ONLY)**

140.  You indicated that you have considered purchasing an **adjustable air mattress** in the past 2 years.

What is the **highest** amount of money you considered spending on an adjustable air mattress?

7. Less than $399
8. $400 - $699
9. $700 - $999
10. $1000 - $1299
11. $1300 - $1599
12. $1600 or more

**BASE: 132=PURCHASED AN ADJUSTABLE AIR MATTRESS AND (LINK 1 ONLY)**

141. You indicated that you purchased an **adjustable air mattress** in the past 2 years.

What is the **highest** amount of money you spent on an adjustable air mattress in the past 2 years?

[SAME LIST AS Q140]

**BASE: 137=ADJUSTABLE AIR MATTRESS AND (LINK 1 ONLY)**

142. You indicated that you would consider purchasing an **adjustable air mattress** in the next 2 years.  Again, an adjustable air mattress is a mattress that is filled with air for support and can be adjusted by remote control for comfort/firmness.

What is the **highest** amount of money you would be likely to spend on an adjustable air mattress?
[SAME LIST AS Q140]

**BASE: 132/3=CONSIDERED OR 132/3=PURCHASED AND (LINK 1 ONLY)**

143. You previously indicated that you have purchased or considered purchasing an adjustable air mattress in the past 2 years. Which of the following, if any, did you do to shop for or get information about mattresses?
*(Select all that apply or "none of the above.")*
[RANDOMIZE]
1. Perform a GOOGLE internet search
2. Go directly to a mattress website for a company or brand you know
3. Call the manufacturer or product representative
4. Talk to a friend about a recommendation
5. Visit a store with a mattress showroom
6. None of the above **[ANCHOR, EXCLUSIVE]**

**BASE: 137=3 (ADJUSTABLE AIR MATTRESS) AND (LINK 1 ONLY)**

145. If you were considering purchasing an adjustable air mattress, which of the following, if any, would you be likely to do to shop for or get information about mattresses?

*(Select all that apply or "none of the above.")*
[REPEAT LIST IN SAME ORDER AS 143 IF ASKED; OTHERWISE RANDOMIZE]
1. Perform a GOOGLE internet search
2. Go directly to a mattress website for a company or brand you know
3. Call the manufacturer or product representative
4. Talk to a friend about a recommendation
5. Visit a store with a mattress showroom
6. None of the above **[ANCHOR, EXCLUSIVE]**

**[IF LINK 1, MUST SELECT 143=1 (GOOGLE) AND/OR 145=1 (GOOGLE) TO CONTINUE; OTHERWISE, TERMINATE.]**

**BASE: ANY NON-TERMINATES AND (LINK 1 ONLY)**
Q150  Which, if any, of the following are brands of mattress that have you heard of?
*(Select all that apply or "none of the above.")*
[RANDOMIZE]
1. Sleep Number
2. Comfortaire
3. Tempur-Pedic
4. Beautyrest
5. Posturepedic
6. None of the above **[ANCHOR; EXCLUSIVE] [TERMINATE]**

**[MUST SELECT 150-1 OR 150-2 TO CONTINUE]**
**[IF 150-1, ELIGIBLE FOR CELLS 1-4; IF 150-2, ELIGIBLE FOR CELLS 5-6; ASSIGN TO ELIGIBLE CELL WITH GREATEST NEED]**

**BASE: ANY NON-TERMINATES**
160.   Which of these age ranges includes your age?
**[TERMINATE IF AGE RANGE DOES NOT MATCH AGE BASED ON BIRTH DATE]**
1. 18-34
2. 35-44
3. 45-54
4. 55+

**BASE: ANY NON-TERMINATES**
165.   Please select blue from the following list in order to continue with this survey.
[RANDOMIZE]
1. Red
2. Blue [must select to continue]
3. Yellow
4. Green

**<u>ASK IF: HAS NOT TERMINATED</u>**

170.   You have qualified to take this survey.  Before continuing, please carefully read these instructions:

\*       Please take the survey in <u>one</u> session without interruption.

\*       While taking the survey, please do not consult any other websites or other electronic or written materials.

\*       Please answer all questions on your own without consulting any other person.

\*       If you normally wear eye glasses or contact lenses when viewing a computer screen, please have them on for the survey.

   1.  I understand and agree to the above instructions
   2.  I do not understand or do not agree to the above instructions
       **[TERMINATE]**

LINK 1 -- MAIN SURVEY: CELLS 1-6 (ONLY QUALIFIED RESPONDENTS CONTINUE)

GOOGLE SEARCH STIMULI

**BASE: ALL QUALIFIED RESPONDENTS**

Q210   For this survey, we would like you to imagine that you are interested in purchasing a _____ [*Cells 1-4, insert:* "**Sleep Number**"; *Cells 5-6, insert:* "**Comfortaire**"] brand adjustable air bed.

In addition, we would like you to imagine that you were going to perform a GOOGLE Search to shop for a _____ [*Cells 1-4, insert:* "**Sleep Number bed.**"; *Cells 5-6, insert:* "**Comfortaire bed.**"]

**BASE: ALL QUALIFIED RESPONDENTS**

Q212   This survey will take you through a GOOGLE search for the term _____.

**FOR CELL 1-2, insert:** "Sleep Number bed"
**FOR CELL 3-4, insert:** "Sleep Number"
**FOR CELL 5-6, insert:** "Comfortaire"

First, we are going to show you a GOOGLE search page on which you will see that the search term _____ [*insert same term as above*] has been entered. Then, you will be shown a page of real GOOGLE results from a search for this term.

You will then be asked some questions.  If for any question you have no opinion or do not know, you can select that option at the bottom of the page.  Please do not guess.

Please continue to move on with the survey.

**BASE: ALL QUALIFIED RESPONDENTS**

Q215   Please imagine you were doing the following GOOGLE search.

[CELL 1-2 DISPLAY IMAGE #100A]
[CELL 3-4 DISPLAY IMAGE #100B]
[CELL 5-6 DISPLAY IMAGE #100C]

Please click the "continue" button to continue.

**BASE: ALL QUALIFIED RESPONDENTS**

Q220   On the next screen you will see the page of GOOGLE results from a search for
_____ [*insert same term as in 212]*.  Please look at the page as you ordinarily
would when examining the results of a GOOGLE search.

You can use the mouse to scroll up and down to examine the entire page.

Although these are real results from a GOOGLE search for _____ [*insert
same term as in 212]*, please note that the results are not linked to the internet so
you will not be able to click on any links to go to any websites.

**BASE: ALL QUALIFIED RESPONDENTS**

Q223   Please review this GOOGLE results page.  When finished, click continue.  Or if
you could not view the GOOGLE results page, please indicate so.

[CELL 1 DISPLAY IMAGE #201]
[CELL 2 DISPLAY IMAGE #202]
[CELL 3 DISPLAY IMAGE #203]
[CELL 4 DISPLAY IMAGE #204]
[CELL 5 DISPLAY IMAGE #205]
[CELL 6 DISPLAY IMAGE #206]

[PLACE A BORDER AROUND THE GOOGLE SEARCH IMAGE IN ORDER TO
OFFSET IT FROM THE SURVEY.]

1.   Continue
**2.**   Cannot view GOOGLE results page [**terminate do not count towards
qualified completes]**

END OF SEARCH STIMULI -- LINK 1, MAIN SURVEY CONTINUES

**BASE: ALL QUALIFIED RESPONDENTS**

Q225   Which result or results, if any, do you think are websites that are <u>operated by</u> the
company that makes _____ [*Cells 1-4, insert:* "<u>Sleep Number</u>"*; Cells 5-6,
insert:* "<u>Comfortaire</u>"*]* beds?

*Please click on all results that you think are websites operated by the company that makes
_____ _____ [**Cells 1-4, insert:** "<u>Sleep Number</u>"**; Cells 5-6, insert:**
"<u>Comfortaire</u>"*]* beds, if any. If you do not want to select any of these search results,
please select the "No opinion/None of these" button at the bottom of the GOOGLE page.*

[CELL 1 DISPLAY IMAGE #201]
[CELL 2 DISPLAY IMAGE #202]
[CELL 3 DISPLAY IMAGE #203]
[CELL 4 DISPLAY IMAGE #204]

[CELL 5 DISPLAY IMAGE #205]
[CELL 6 DISPLAY IMAGE #206]
**[Program image so that each GOOGLE search result is an actual item that the respondent can click on to select as an answer. Include a "No opinion/None of these" option at the bottom of the page. Multi-punch.]**


**BASE: ALL QUALIFIED RESPONDENTS**
Q230   Aside from the results you just selected, which <u>other</u> result or results, if any, do you think are websites <u>where you could purchase</u> a _____ [*Cells 1-4, insert:* "<u>Sleep Number</u>"*; Cells 5-6, insert:* "<u>Comfortaire</u>"*]* bed?

*The results you already selected in the previous question are highlighted and cannot be selected again here.*

*Please click any <u>other</u> GOOGLE search result or results you think are websites where you could purchase a _____[**Cells 1-4, insert:** "<u>Sleep Number</u>"**; Cells 5-6, insert:** "<u>Comfortaire</u>"**]** bed, if any. If you do not want to select any of these search results, please select the "No Opinion/None of these" button at the bottom of the GOOGLE page.*

[PROGRAMMER: DISPLAY SAME IMAGE AS IN Q.225.  HIGHLIGHT RESULTS THAT WERE SELECTED IN Q225 AND DO NOT ALLOW THESE RESULTS TO BE SELECTED HERE. ALLOW RESPONDENTS TO SELECT ANY OTHER RESULTS THAT WERE NOT SELECTED IN Q.225. Multi-punch. Include the "No Opinion/None of these" option at the bottom]

**(PROGRAMMER:  RANDOMIZE ORDER OF q.235 and 240)**

**BASE: ASK ONLY IF: (CELLS 1-2 AND 2ND RESULT AT TOP LEFT SELECTED IN Q.225; OR CELLS 3-6 AND 1st RESULT AT TOP LEFT SELECTED IN Q.225)**
Q235   You answered that the result shown here is a website that is <u>operated by</u> the company that makes _____ [*Cells 1-4, insert:* "<u>Sleep Number</u>"*; Cells 5-6, insert:* "<u>Comfortaire</u>"*]* beds.  What makes you think so?  *[text box for answer]*

[CELL 1 DISPLAY IMAGE #301]
[CELL 2 DISPLAY IMAGE #302]
[CELL 3 DISPLAY IMAGE #303]
[CELL 4 DISPLAY IMAGE #304]
[CELL 5 DISPLAY IMAGE #305]
[CELL 6 DISPLAY IMAGE #306]


**BASE: ASK ONLY IF: (CELLS 1-2 AND 2ND RESULT AT TOP LEFT SELECTED IN Q.230; OR CELLS 3-6 AND 1st RESULT AT TOP LEFT SELECTED IN Q.230)**

Q245   You answered that the result shown here is a website <u>where you could purchase</u> a _____ [*Cells 1-4, insert:* "<u>Sleep Number</u>"; *Cells 5-6, insert:* "<u>Comfortaire</u>"] bed. What makes you think so? *[text box for answer]*

      [CELL 1 DISPLAY IMAGE #301]
      [CELL 2 DISPLAY IMAGE #302]
      [CELL 3 DISPLAY IMAGE #303]
      [CELL 4 DISPLAY IMAGE #304]
      [CELL 5 DISPLAY IMAGE #305]
      [CELL 6 DISPLAY IMAGE #306]

| **END OF SURVEY FOR CELLS 1 – 6 (LINK 1)** |
| --- |

MAIN SURVEY: CELL 7 (LINK 2 – ONLY QUALIFIED RESPONDENTS CONTINUE)

**[PROGRAMMER: Randomize whether respondent gets Version 1 or 2 in subsequent places where this is a variable.**

410.
**[IF VERSION 1 INSERT, "*brand*" FIRST & "*common*" SECOND IN THE FIRST & LAST SENTENCES.  IF VERSION 2 INSERT, "*common*" FIRST & "*brand*" SECOND.]**

This survey is about *(insert "brand" or "common")* names and *(insert "common" or "brand")* names in the context of mattresses.  In a few moments you will be asked about a number of terms that you may or may not have heard before in connection with mattresses.  But first, please read the next two screens about what we mean by a *(insert "__brand__" or "__common__")* name and what we mean by a *(insert "__common__" or "__brand__")* name.

420.   **[IF VERSION 1, SHOW Q420-1 FIRST. IF VERSION 2, SHOW Q420-2 FIRST.]**

420-1
Brand names are names that companies use on their products to let consumers know who the product comes from. A brand name can be used by only one company to identify its products.

For example, LA-Z-BOY, IKEA, and POTTERY BARN are all brand names. These terms let a user know who the product comes from.

420-2
Common names are words used to identify or describe what a product is.  A common name can be used by more than one company to identify the type of product they are selling.

For example, RECLINER, BOOK SHELF and ARMOIR are all common names. These words let the consumer know the type of product a company is selling.

**430.**   **[IF VERSION 1 INSERT, "*brand*" IN FIRST BLANK & "*common*" IN SECOND.  IF VERSION 2, VICE VERSA]**

Do you understand the difference between a _____ name and a _____ name?
1. Yes→ continue to 440
2. No→ *terminate*
3. Don't know → *terminate*

440.   **[IF VERSION 1, SHOW Q440-1 FIRST.  IF VERSION 2, SHOW Q440-2 FIRST]**

440-1   Which type of name would you say **SEARS** is?
**[MAKE "brand" TOP CHOICE IN VERSION 1 & SECOND CHOICE IN VERSION 2]**
1. Brand name → continue
2. Common name→ *terminate*
3. Don't know → *terminate*

440-2   Which type of name would you say **SIDE TABLE** is?
**[MAKE "brand" TOP CHOICE IN VERSION 1 & SECOND CHOICE IN VERSION 2]**
1. Brand name → *terminate*
2. Common name→ *continue*
3. Don't know → *terminate*

450.   **[IF VERSION 1, "*brand*" COMES FIRST & "*common*" SECOND IN SECOND SENTENCE.  IF VERSION 2, "*common*" COME FIRST & "*brand*" SECOND]**
You will now see a series of terms, one at a time, that you may or may not have seen used in connection with mattresses.  For each one, please answer whether you think it is a (*insert "<u>brand</u>" or "<u>common</u>"*) name or a (*insert "<u>common</u>" or "<u>brand</u>"*) name.  Or if you don't know, you may select that option.

460 – 1, 2, 3, 4, 5, 6, 7

**[THERE ARE 4 ROTATIONS OF THE ORDER OF THE SEVEN TERMS RESPONDENTS WILL BE ASKED ABOUT. ONE-FOURTH OF RESPONDENTS SHOULD GET EACH OF THE FOLLOWING ROTATION/ORDERINGS.]**

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| SLEEP NUMBER | FIRMNESS SETTING | MEMORY FOAM | FIRMNESS SETTING |
| MEMORY FOAM | BEAUTYREST | POSTUREPEDIC | BEAUTYREST |
| POSTUREPEDIC | SLEEP NUMBER | TEMPUR-PEDIC | ADJUSTABLE AIR BED |
| TEMPUR-PEDIC | MEMORY FOAM | ADJUSTABLE AIR BED | MEMORY FOAM |
| BEAUTYREST | TEMPUR-PEDIC | SLEEP NUMBER | POSTUREPEDIC |
| FIRMNESS SETTING | POSTUREPEDIC | BEAUTYREST | TEMPUR-PEDIC |
| ADJUSTABLE AIR BED | ADJUSTABLE AIR BED | FIRMNESS SETTING | SLEEP NUMBER |

**[ONE SCREEN AT A TIME, FOR EACH OF THE SEVEN TERMS, DISPLAY THE TERM IN UPPERCASE BOLD LETTERS ABOVE THE FOLLOWING QUESTION.]**

Do you think this is a ...
*[MAKE "brand" TOP CHOICE IN VERSION 1 & SECOND CHOICE IN VERSION 2)*
1. Brand name
2. Common name
3. Don't know

**END OF SURVEY FOR CELL 7**

**APPENDIX C**

**MATERIALS REVIEWED/FEES CHARGED**

In connection with designing the survey and preparing this report I reviewed the following materials:

- Sleep Number website
- Comfortaire website
- Personalcomfortbed website
- Second Amended Complaint
- Answer to Second Amended Complaint and Counterclaims
- Expert Report of Robert Reitter
- Expert Report of Sarah Butler
- Google results for searches for Sleep Number, Sleep Number Bed and Comfortaire
- Sealy Posturepedic website
- Tempur-pedic website
- Simmons Beauty Rest website

The fee charged by ORC International for the survey and report is $98,000. Any additional time in connection with this matter will be billed at my ordinary rate of $575 per hour.

# APPENDIX D







Google Search   I'm Feeling Lucky

Updated Privacy & Terms   Settings



Gmail   Images





Sleep Number

Google Search    I'm Feeling Lucky

Updated Privacy & Terms                    Settings



Gmail   Images





Comfortaire

Google Search     I'm Feeling Lucky

Updated Privacy & Terms          Settings

Google
Sleep Number Bed

Web   Images   Maps   Shopping   More ▾   Search tools

About 79,800,000 results (0.30 seconds)

Ads related to sleep number bed

**Sleep Number® Beds**  1 (877) 610 1916
www.**sleepnumber**.com/OfficialStore
488 reviews for sleepnumber.com
48-Mo Financing Available on Select Purchases. Learn More or Shop Now!
$50 Savings Card Offer                    Memory Foam Beds
Find a Store Near You                     Why Sleep Number?
Innovative Bedding                        New DualTemp™

**Sleep 55% Off Number Beds**  (888) 690-4088
personalcomfort**bed**.com/vSleepNumber
Online Edition Bed Sale *Ends 6/10! Save $2000 on set + $500 Upgrades

**Comfortaire Closeout Sale**  (888) 500-1700
www.comfortairedirect.com/AllBedsonSale
Save 30%. All 2012 Models Must Go Lowest Price Ever. Shop Beds Now!

**Sleep Number Beds** & Memory Foam Mattresses by Sleep Number
www.**sleepnumber**.com/eng/categories/sleep-number-beds ▾
5+ items – Shop **Sleep Number** beds for mattresses and the only memory ...
Sleep Number® c3 bed    Queen set prices starting at $1399.98    Sale: $1249.98
Sleep Number® p5 bed    Queen set prices starting at $2099.98    Sale: $1849.98
Classic Series - Performance Series - Innovation Series - Memory Foam Series

**Sleep Number Beds** and Mattress by Sleep Number
www.**sleepnumber**.com/ ▾
Shop the Official Site for **Sleep Number** beds, mattress & bedding. Sleep Number
mattress are adjustable for ideal comfort and support.
Sleep Number® Beds - Current Specials - Bedding Collection - Customer Service

**Sleep Number Bed** - QVC.com
www.qvc.com/Sleep-Number-Bed-For-the-Home.category.0101.html?... ▾
Results 1 - 48 of 52 – The **Sleep Number**(R) Bed has adjustable sides, creating a ...
H201487    Sleep Number FL Limited Edition Modular ...    QVC Price: $2,419.00
H201494    Sleep Number SK Limited Edition Adjustable    QVC Price: $4,839.00

Does anybody think a **sleep number bed** is really good? Is it durable ...
askville.amazon.com › Home › Home Improvement ▾
May 14, 2012 – I used to have a **sleep number** bed and always thought they were
overrated and overpriced, it just felt like sleeping on an air mattress to me. This is ...

Shut Up + Run: **Sleep Number Bed** Review (i10 Model)
www.shutupandrun.net/2012/.../**sleep-number-bed**-review-i10-model.ht... ▾
Oct 27, 2012 – (Update: In April 2013 I did a follow up review of the **Sleep Number**
Bed. You can find it HERE). Do you happen to remember a post I wrote ...

**Select Comfort** - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**Select_Comfort** ▾
**Select Comfort** is a U.S.-based manufacturer that manufactures the **Sleep Number**
bed as well as foundations and bedding accessories. The company is based ...


**Sleep Number bed** negative customer testimonial... - YouTube
www.youtube.com/watch?v=g84xYDSKdO0
Jun 15, 2011 - Uploaded by Stefanie Phillips
Customer reveals poor quality of **Sleep Number** bed. We hate
this bed and Sleep Number won't take it back ...

More videos for **sleep number bed** »

**Sleep Number** - Get great deals for **Sleep Number** on eBay!
popular.ebay.com › Popular Items › Home Living ▾
The **Sleep Number** bed, produced by Select Comfort, was introduced in 1987.
Furniture/Today has ranked it as the number-one bedding retailer in America for ...

Unbiased **Sleep Number Bed** (Select Comfort) Reviews 2013 ...
www.sleeplikethedead.com › Mattress Ratings › Airbed Reviews ▾
May 17, 2013 – Sleep Like The Dead reviews and rates the **Sleep Number** (Select
Comfort) bed based on over 1630 actual consumer experiences. A detailed ...

Compare **Sleep Number** by SelectComfort to Dream Number Beds
www.dreamnumberbeds.com/compare-sleep-number-beds/ ▾
Compare SelectComfort's **Sleep Number** beds to ours and learn how you can save
from $300 all the way up to $1500 on a comparable mattress from Dream ...

Ad related to **sleep number bed**

**Sleep Number** Mattresses - Rest in Comfort W/ **Sleep Number**
www.qvc.com/SleepNumber
37,679 reviews for qvc.com
Now On 3+ Easy Payments @ QVC.
Mattresses On Easy Pay - Shop Bedding Clearance - Buy Top Rated Mattresses

Searches related to **sleep number bed**
sleep number bed problems          sleep number bed parts
sleep number bed reviews           tempurpedic bed
sleep number bed vs tempurpedic    sleep number bed mold
sleep number bed reviews 2011      sleep number bed prices

Shop for **Sleep number** on Google          Sponsored ⓘ

   

p5 Sleep        m7 Sleep        Sleep Number    i10 Sleep
Number King...  Number King...  Bed - Queen...  Number King...
$2,599.98       $3,899.98       $1,398.82       $4,899.98
Sleep Number    Sleep Number    PPL Motor H...   Sleep Number

Shop by price
Up to $700   $700 – $1500   $1500 – $2500

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms    About Google

+You  Search  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More »

**Google**  Sleep Number Bed

Web   Images   Maps   Shopping   More ▾   Search tools

About 79,800,000 results (0.30 seconds)

Ads related to **sleep number bed**

**Sleep Number® Beds**  1 (877) 610 1916
www.**sleepnumber**.com/OfficialStore
488 reviews for sleepnumber.com
48-Mo Financing Available on Select Purchases. Learn More or Shop Now!
$50 Savings Card Offer            Memory Foam Beds
Find a Store Near You             Why Sleep Number?
Innovative Bedding                New DualTemp™

**PersonalComfortBed.Com**
personalcomfortbed.com
Online Edition Bed Sale *Ends 6/10! Save $2000 on set + $500 Upgrades

**Comfortaire Closeout Sale**  (888) 500-1700
www.comfortairedirect.com/All**Beds**onSale
Save 30%. All 2012 Models Must Go Lowest Price Ever. Shop **Beds** Now!

Shop for **Sleep number** on Google          Sponsored ⓘ

      

p5 **Sleep**       m7 **Sleep**      **Sleep Number**    i10 **Sleep**
**Number** King...  **Number** King    Bed - Queen...     **Number** King...
$2,599.98         $3,899.98         $1,398.82          $4,899.98
Sleep Number      Sleep Number      PPL Motor H...      Sleep Number

Shop by price
Up to $700   $700 – $1500   $1500 – $2500

**Sleep Number Beds** & Memory Foam Mattresses by Sleep Number
www.**sleepnumber**.com/eng/categories/**sleep-number-beds** ▾
5+ items – Shop **Sleep Number** beds for mattresses and the only memory ...
Sleep Number® c3 bed   Queen set prices starting at $1399.98   Sale $1249.98
Sleep Number® p5 bed   Queen set prices starting at $2099.98   Sale $1849.98
Classic Series · Performance Series · Innovation Series · Memory Foam Series

**Sleep Number Beds** and Mattress by Sleep Number
www.**sleepnumber**.com/ ▾
Shop the Official Site for **Sleep Number** beds, mattresses & bedding. Sleep Number
mattresses are adjustable for ideal comfort and support.
Sleep Number® Beds · Current Specials · Bedding Collection · Customer Service

**Sleep Number Bed** - QVC.com
www.qvc.com/**Sleep-Number-Bed**-For-the-Home.category.0101.html?... ▾
Results 1 - 48 of 52 – The **Sleep Number**(R) Bed has adjustable sides, creating a ...
H201487   Sleep Number FL Limited Edition Modular ...   QVC Price: $2,419.00
H201494   Sleep Number SK Limited Edition Adjustable   QVC Price: $4,839.00

Does anybody think a **sleep number bed** is really good? Is it durable ...
askville.amazon.com › Home › Home Improvement ▾
May 14, 2012 – I used to have a **sleep number bed** and always thought they were
overrated and overpriced, it just felt like sleeping on a air mattress to me. This is ...

Shut Up + Run: **Sleep Number Bed** Review (i10 Model)
www.shutupandrun.net/2012/.../**sleep-number-bed**-review-i10-model.ht... ▾
Oct 27, 2012 – (Update: In April 2013 I did a follow up review of the **Sleep Number**
Bed. You can find it HERE). Do you happen to remember a post I wrote ...

**Select Comfort** - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**Select_Comfort** ▾
**Select Comfort** is a U.S.-based manufacturer that manufactures the **Sleep Number**
bed as well as foundations and bedding accessories. The company is based ...



**Sleep Number bed** negative customer testimonial... - YouTube
www.youtube.com/watch?v=g84xYDSKdO0
Jun 15, 2011 - Uploaded by Stefanie Phillips
Customer reveals poor quality of **Sleep Number** bed. We hate
this bed and Sleep Number won't take it back ...

More videos for **sleep number bed** »

**Sleep Number** - Get great deals for **Sleep Number** on eBay!
popular.ebay.com › Popular Items › Home Living ▾
The **Sleep Number** bed, produced by Select Comfort, was introduced in 1987.
Furniture/Today has ranked it as the number-one bedding retailer in America for ...

Unbiased **Sleep Number Bed** (Select Comfort) Reviews 2013 ...
www.sleeplikethedead.com › Mattress Ratings › Airbed Reviews ▾
May 17, 2013 – **Sleep Like The Dead** reviews and rates the **Sleep Number** (Select
Comfort) bed based on over 1630 actual consumer experiences. A detailed ...

Compare **Sleep Number** by SelectComfort to Dream Number Beds
www.dreamnumberbeds.com/compare-**sleep-number-beds**/ ▾
Compare SelectComfort's **Sleep Number** beds to ours and learn how you can save
from $300 all the way up to $1500 on a comparable mattress from Dream ...

Ad related to **sleep number bed**

**Sleep Number** Mattresses - Rest In Comfort W/ **Sleep Number**
www.qvc.com/**SleepNumber**
37,679 reviews for qvc.com
Now On 3+ Easy Payments At QVC.
Mattresses On Easy Pay - Shop Bedding Clearance - Buy Top Rated Mattresses

Searches related to **sleep number bed**
sleep number bed problems          sleep number bed parts
sleep number bed reviews           tempurpedic bed
sleep number bed vs tempurpedic    sleep number bed mold
sleep number bed reviews 2011      sleep number bed prices

sleep number

Web   Shopping   News   Maps   Images   More ▾   Search tools

About 470,000,000 results (0.32 seconds)

Ad  **Number Bed Sleep** Sale 60% - Closeout Sale
personalcomfortbed.com/v**SleepNumber** ▾ (888) 694-4088
Personal Comfort Bed Compare Best (Price Warranty Value)
FDA Registered Facility          Try In-Home "Risk Free"
Free Ship, Pillow, No tax        Compare Now (Save $2000)

Ad  **Compare** To **Sleep Number®** - Comfortaire.com
www.comfortaire.com/Spring-Clearance ▾
Spring Clearance on All Mattresses Special 36 Month Financing Included
Comfortaire has 115 followers on Google+

Ad  **Sleep Number** Mattresses - QVC.com
www.qvc.com/**SleepNumber** ▾ 4.6          advertiser rating
Rest In Comfort W/ Sleep Number! Now On 6 Easy Payments At QVC.
Ratings: Selection 9/10 - Returns 9/10 - Service 9/10
QVC has 49,612 followers on Google+

**Sleep Number** Beds and Mattress by **Sleep Number**
www.sleepnumber.com/ ▾ Select Comfort ▾
Shop the Official Site for **Sleep Number** beds, mattresses & bedding. **Sleep Number** mattresses are adjustable for ideal comfort and support.

**Select Comfort Company Fa...**
SELECT COMFORT FACT
SHEET ... Distribution: Select
Comfort ...

**Bedding Collection**
Update your bed with new bed
pillows and bedding. Shop ...

**Sleep Number® Beds**
Shop Sleep Number for a wide
variety of beds and bedding to ...

**Sleep Number Store Locator**
Use the Sleep Number Store Locator
to find the closest ...

**Current Specials**
This promotion is not valid with other
discounts, offers or on ...

**Customer Service**
Customer Service.

More results from sleepnumber.com »

**Sleep Number** by Select Comfort | LinkedIn
www.linkedin.com/company/select-comfort ▾ LinkedIn ▾
Join LinkedIn and see how you're connected to **Sleep Number** by Select Comfort.
It's free.Get access to insightful information about your network at thousands ...

**Select Comfort** Corporate Office Corporate Office in ...
yellowpages.kstp.com › ... ▾ Mattress & Bedspring Manufacturers ▾
Information on **Select Comfort** Corporate Office Corporate Office in Minneapolis.
(763) 551-7000. Address, phone number, map, driving directions, hours of ...

**Select Comfort** jobs in Minneapolis, MN - Indeed
www.indeed.com/q-Select-Comfort-l-Minneapolis,-MN-jobs.... ▾ indeed.com ▾
Jobs 1 - 10 of 25 - 25 **Select Comfort** Jobs available in Minneapolis, MN on
Indeed.com. one search. all jobs.

Unbiased **Sleep Number** Bed - Sleep Like The Dead
www.sleeplikethedead.com ▾ Mattress Ratings ▾ Airbed Reviews ▾
Jan 27, 2014 - Sleep Like The Dead reviews and rates the **Sleep Number** (Select
Comfort) bed based on over 1640 actual consumer experiences. A detailed ...

**Sleep Number** | Facebook
https://www.facebook.com/**SleepNumber** ▾
**Sleep Number**. 213810 likes · 3633 talking about this. **Sleep Number** beds give you
total control over your sleep experience. At the touch of a button, you can ...

Does anybody think a **sleep number** bed is really good? Is it ...
askville.amazon.com › Home › Home Improvement ▾
Aug 20, 2007 - I heard from somebody that if you set it as firmest, it will change
slightly ... I used to have a **sleep number** bed and always thought they were ...

Searches related to **sleep number**

sleep number bed reviews          sleep number coupons
sleep number vs tempurpedic       sleep number pillow
sleep number reviews              sleep number dual temp
sleep number bed problems         sleep number bed parts

1 2 3 4 5 6 7 8 9 10   Next

Help   Send feedback   Privacy & Terms

Shop on Google          Sponsored ⓘ

m7 **Sleep Number** King
Bed Set
$3,899.98 - Sleep
Number
New Customers Receive
a $50 Savings Card!

**Sleep Number**
Bed - King
Size – 72x80 – Radius
Corners – HM32064
$1,556.23 – PPL Motor
Homes
1000's of Brand Name
Products Online

Ads ⓘ

**Sleep Number®** Beds
www.sleepnumber.com/OfficialStore ▾
(855) 540-2712
Snoring? Now There's Even An
Adjustment For That. Learn More!
1719 County Rd B2 W, Roseville, MN

Christeli vs **Sleep Number®**
www.christeli.com/versus**SleepNumber** ▾
(888) 516-3861
Huge Easter Sale Going on Now!
Compare Us & Save 30-50% + Free S/H

**Sleep** Beds 60% Off
www.nightairbeds.com/ ▾
(877) 865-4426
Save up to 60% Online and Save
Get additional $400 off Night Air!

Mattresses Overstock.com
www.overstock.com/furniture ▾
4.6          rating for overstock.com
Buy Mattresses For Less.
Everyday Free Shipping Over $50!

Try an Organic Mattress
www.mossenvy.com/ ▾
Best selection in the Twin Cities
of healthy mattresses & bedding.
3056 Excelsior Boulevard
(612) 374-4581

See your ad here »

sleep number

Web    Shopping    News    Maps    Images    More ▾    Search tools

About 470,000,000 results (0.32 seconds)

**PersonalComfortBed.Com** - Closeout Sale
Ad personalcomfortbed.com    (888) 694-4088
Personal Comfort Bed Compare Best (Price Warranty Value)
FDA Registered Facility            Try In-Home "Risk Free"
Free Ship, Pillow, No tax          Compare Now (Save $2000)

Compare To **Sleep Number**® - Comfortaire.com
Ad www.comfortaire.com/Spring-Clearance
Spring Clearance on All Mattresses Special 36 Month Financing Included
Comfortaire has 115 followers on Google+

**Sleep Number** Mattresses - QVC.com
Ad www.qvc.com/SleepNumber ▾ 4.6          advertiser rating
Rest In Comfort W/ Sleep Number! Now On 6 Easy Payments At QVC.
Ratings: Selection 9/10 - Returns 9/10 - Service 9/10
QVC has 49,612 followers on Google+

**Sleep Number** Beds and Mattress by **Sleep Number**
www.sleepnumber.com/ ▾ Select Comfort ▾
Shop the Official Site for **Sleep Number** beds, mattresses & bedding. **Sleep Number**
mattresses are adjustable for ideal comfort and support.

Select Comfort Company Fa...        Bedding Collection
SELECT COMFORT FACT               Update your bed with new bed
SHEET ... Distribution: Select     pillows and bedding. Shop ...
Comfort ...

**Sleep Number**® Beds                Sleep Number Store Locator
Shop Sleep Number for a wide        Use the Sleep Number Store Locator
variety of beds and bedding to ...   to find the closest ...

Current Specials                    Customer Service
This promotion is not valid with other   Customer Service.
discounts, offers or on ...

More results from sleepnumber.com »

**Sleep Number** by Select Comfort | LinkedIn
www.linkedin.com/company/select-comfort ▾ LinkedIn ▾
Join LinkedIn and see how you are connected to **Sleep Number** by Select Comfort.
It's free. Get access to insightful information about your network at thousands ...

Select Comfort Corporate Office Corporate Office in ...
yellowpages.ktp.com ▾ Mattress & Bedspring Manufacturers ▾
Information on Select Comfort Corporate Office in Minneapolis.
(763) 551-7000. Address, phone number, map, driving directions, hours of ...

Select Comfort jobs in Minneapolis, MN - Indeed
www.indeed.com/q-Select-Comfort-l-Minneapolis,-MN-jobs.... ▾ Indeed.com ▾
Jobs 1 - 10 of 25 - 25 Select Comfort Jobs available in Minneapolis, MN on
Indeed.com. one search. all jobs.

Unbiased **Sleep Number** Bed - Sleep Like The Dead
www.sleeplikethedead.com ▾ Mattress Ratings ▾ Airbed Reviews ▾
Jan 27, 2014 - Sleep Like The Dead reviews and rates the **Sleep Number** (Select
Comfort) bed based on over 1640 actual consumer experiences. A detailed ...

**Sleep Number** | Facebook
https://www.facebook.com/SleepNumber ▾
**Sleep Number**. 213810 likes · 3633 talking about this. **Sleep Number** beds give you
total control over your sleep experience. At the touch of a button, you can ...

Does anybody think a **sleep number** bed is really good? Is it ...
askville.amazon.com › Home › Home Improvement ▾
Aug 20, 2007 - I heard from somebody that if you set it as firmest, it will change
slightly ... I used to have a **sleep number** bed and always thought they were ...

Searches related to sleep number

sleep number bed reviews          sleep number coupons
sleep number vs tempurpedic        sleep number pillow
sleep number reviews               sleep number dual temp
sleep number bed problems          sleep number bed parts

1  2  3  4  5  6  7  8  9  10    Next

Help    Send feedback    Privacy & Terms

Shop on Google                      Sponsored ⓘ



m7 **Sleep Number** King
Bed Set
$3,899.98 - Sleep
Number
New Customers Receive
a $50 Savings Card!

**Sleep Number**
Bed - King
Size - 72x80 – Radius
Corners – HM32064
$1,556.23 - PPL Motor
Homes
1000's of Brand Name
Products Online

Ads ⓘ

**Sleep Number**® Beds
www.sleepnumber.com/OfficialStore ▾
(855) 540-2712
Snoring? Now There's Even An
Adjustment For That. Learn More!
1719 County Rd B2 W, Roseville, MN

Christeli vs **Sleep Numbr**®
www.christeli.com/versusSleepNumber ▾
(888) 516-3861
Huge Easter Sale Going on Now!
Compare Us & Save 30-50% + Free S/H

**Sleep** Beds 60% Off
www.nightairbeds.com/ ▾
(877) 865-4426
Save up to 60% Compare and Save
Get additional $400 off Night Air!

Mattresses Overstock.com
www.overstock.com/furniture ▾
4.6          rating for overstock.com
Buy Mattresses For Less.
Everyday Free Shipping Over $50!

Try an Organic Mattress
www.mossenvy.com/ ▾
Best selection in the Twin Cities
of healthy mattresses & bedding.
3056 Excelsior Boulevard
(612) 374-4581

See your ad here »

Google  Comfortaire

Web    Shopping    Images    Videos    News    More ▾    Search tools

About 59,000 results (0.31 seconds)

Ads related to Comfortaire ⓘ

**Comfort Air Beds On Sale**
www.personalcomfortbed.com/✓Comfortaire ▾
Online Edition Bed Sale *Ends 3/17 Compare Best (Price Warranty Value)

**Save $500 on Popular Bed**
www.comfortaire.com/Bed-Giveaway ▾
Enter to Win a Comfortaire Bed. Monthly Financing Available - Hurry

**Air-Pedic Innovative Bed**
www.selectabed.com/ ▾
New 6 Zone Numbered Digital Bed Patented Heat Reducing Airflow.


**Comfortaire** Air Bed Mattresses Allow You To Select Your C...
www.youtube.com/watch?v=HXc9hpJaFc ▾
Feb 28, 2011 - Uploaded by ComfortaireExpert
BroyhillofDenver.com explains why **Comfortaire** Air Beds are a
great choice for anyone who is considering ...

**Comfortaire** Beds Explained - YouTube
www.youtube.com/user/**Comfortaire**Expert ▾
Lael & Savannah have some big news to break to their family. They surprise them with
the news durring a family photo at Christmas time. Lael set the timer and ...


**Comfortaire** Mattress Reviews & Ratings : Complaints, Com...
www.youtube.com/watch?v=UjLw-qCpRCI ▾
Aug 27, 2011 - Uploaded by Nick Robinson
http://sleeplikethedead.com/mattress-review-comfortair.html – I
discuss our **Comfortaire** airbed research that ...


**Comfortaire** IC 1100 Air Bed Mattress Explained–Select Your...
www.youtube.com/watch?v=3MflQaJzmF0 ▾
Mar 8, 2011 - Uploaded by ComfortaireExpert
www.BroyhillofDenver.com explains the **Comfortaire** IC 1100 air
bed mattress. The **Comfortaire** IC 1100 is ...


**Comfort-Aire** Air Conditioner Models BG-81J & BG-123J Re...
www.youtube.com/watch?v=7oJyu3pAlCU ▾
Jun 2, 2013 - Uploaded by Wanderer001
When the weather gets hot, or just before if you like to think ahead
your thoughts turn to that old Air Conditioner ...


**Comfortaire** IC 900 Air Bed Mattress Explained -Select Your ...
www.youtube.com/watch?v=cVIxr47yLk ▾
Mar 8, 2011 - Uploaded by ComfortaireExpert
www.BroyhillofDenver.com explains the **Comfortaire** IC 900 air
bed mattress. This model is one of the most ...


Sleep Comfort IC 800 Aire by **Comfortaire** Mattress Tutorial -...
www.youtube.com/watch?v=h9eslnYrPm0 ▾
Jun 19, 2012 - Uploaded by sleep comfort
Watch how Miles unzips the side to expose the layers within the
IC 800 Aire by **Comfortaire®** mattress by Sleep ...


**Comfort-Aire** BHD-651-G Dehumidifier Video | Sylvane - Yo...
www.youtube.com/watch?v=kt9_0jtwdA ▾
Aug 8, 2011 - Uploaded by Sylvane Inc.
http://ow.ly/cFmgp The **Comfort-Aire** BHD-651-G is one of the
highest capacity residential dehumidifiers in the ...


Mattress Minute - **Comfortaire** - YouTube
www.youtube.com/watch?v=rTbWC3rRg ▾
Aug 11, 2010 - Uploaded by Mattresses & More
This week Jonathan takes a closer look at the IC series of air
support mattresses from **Comfortaire**. The ...

Stay up to date on these results:
• Create an email alert for **Comfortaire**

Ads ⓘ

**Christeli vs Sleep Numbr®**
www.christeli.com/versusSleepNumber ▾
Huge St. Patrick's Day Sale on Now!
Compare Us & Save 30-50% + Free S/H

**Comfortaire**
shopping.yahoo.com/ ▾
Shop from 1000's of Online Stores.
Save on **Comfortaire** Today!

**Comfort Aire** At Walmart
www.walmart.com/Air_Mattresses ▾
Save On Furniture Air Mattresses.
Free Shipping Site To Store.

**Comfort Aire**
www.consumersearch.com/Comfort+Aire ▾
Find our Lowest Possible Price!
Comfort Aire for Sale

**2014 Best Comfortaire**
www.techtwid.com/Sales ▾
Huge Selections - Compare & Save On
**Comfortaire** Now!

**Comfortaire Mattress**
www.pronto.com/Comfortaire+Mattress ▾
Compare, Shop & Save with Pronto.
Deals on **Comfortaire** Mattress

**Air Comfort**
www.target.com/ ▾
Get Air Comfort, Over 500,000
Items Ship Free with $50 Purchase.

**Comfort Aire Mattress**
www.bizrate.com/ ▾
Bargain Prices. Smart Deals.
Explore **Comfort Aire** Mattress!

See your ad here »

Gooooooooogle ›
1  2  3  4  5  6  7  8  9  10    Next

Google **Comfortaire**

Web   Shopping   Images   **Videos**   News   More ▾   Search tools

About 59,000 results (0.31 seconds)

Ads related to **Comfortaire** ⓘ

**PersonalComfortBed.Com**
www.personalcomfortbed.com
Online Edition Bed Sale *Ends 3/17 Compare Best (Price Warranty Value)

**Save $500 on Popular Bed**
www.comfortaire.com/Bed-Giveaway ▾
Enter to Win a **Comfortaire** Bed. Monthly Financing Available - Hurry

**Air-Pedic Innovative Bed**
www.selectabed.com/ ▾
New 6 Zone Numbered Digital Bed Patented Heat Reducing Airflow.


**Comfortaire** Air Bed Mattresses Allow You To Select Your C...
www.youtube.com/watch?v=H0c9hpJaFc ▾
Feb 28, 2011 - Uploaded by ComfortaireExpert
BroyhillofDenver.com explains why **Comfortaire** Air Beds are a
great choice for anyone who is considering ...   ▶ 2:59

**Comfortaire** Beds Explained - YouTube
www.youtube.com/user/**Comfortaire**Expert ▾
Lael & Savannah have some big news to break to their family. They surprise them with
the news durring a family photo at Christmas time. Lael set the timer and ...


**Comfortaire** Mattress Reviews & Ratings : Complaints, Com...
www.youtube.com/watch?v=UjLw-qCpRCI ▾
Aug 27, 2011 - Uploaded by Nick Robinson
http://sleeplikethedead.com/mattress-review-**comfortair**.html – I
discuss our **Comfortaire** airbed research that ...   ▶ 5:39


**Comfortaire** IC 1100 Air Bed Mattress Explained–Select Your...
www.youtube.com/watch?v=3MIQaJzmF0 ▾
Mar 8, 2011 - Uploaded by ComfortaireExpert
www.BroyhillofDenver.com explains the **Comfortaire** IC 1100 air
bed mattress. The **Comfortaire** IC 1100 is ...   ▶ 3:56


**Comfort-Aire** Air Conditioner Models BG-81J & BG-123J Re...
www.youtube.com/watch?v=7oJyu3pAiCU ▾
Jun 2, 2013 - Uploaded by Wanderer001
When the weather gets hot, or just before if you like to think ahead
your thoughts turn to that old Air Conditioner ...   ▶ 12:56


**Comfortaire** IC 900 Air Bed Mattress Explained -Select Your ...
www.youtube.com/watch?v=cVlxr47yLk ▾
Mar 8, 2011 - Uploaded by ComfortaireExpert
www.BroyhillofDenver.com explains the **Comfortaire** IC 900 air
bed mattress. This model is one of the most ...   ▶ 3:11


Sleep Comfort IC 800 Aire by **Comfortaire** Mattress Tutorial -...
www.youtube.com/watch?v=h9eslnYrPm0 ▾
Jun 19, 2012 - Uploaded by sleep comfort
Watch how Miles unzips the side to expose the layers within the
IC 800 Aire by **Comfortaire**® mattress by Sleep ...   ▶ 2:07


**Comfort-Aire** BHD-651-G Dehumidifier Video | Sylvane - Yo...
www.youtube.com/watch?v=kt9_0jtwdA ▾
Aug 8, 2011 - Uploaded by Sylvane Inc.
http://ow.ly/cFmgp The **Comfort-Aire** BHD-651-G is one of the
highest capacity residential dehumidifiers on the ...   ▶ 3:11


Mattress Minute - **Comfortaire** - YouTube
www.youtube.com/watch?v=rTaWC3rRg ▾
Aug 11, 2010 - Uploaded by Mattresses & More
This week Jonathan takes a closer look at the IC series of air
support mattresses from **Comfortaire**. The ...   ▶ 2:09

Stay up to date on these results:
• Create an email alert for **Comfortaire**

Goooooooooogle ›
1 2 3 4 5 6 7 8 9 10    Next

Ads ⓘ

**Christeli vs Sleep Numbr®**
www.christeli.com/versusSleepNumber ▾
Huge St. Patrick's Day Sale on Now!
Compare Us & Save 30-50% + Free S/H

**Comfortaire**
shopping.yahoo.com/ ▾
Shop from 1000's of Online Stores.
Save on **Comfortaire** Today!

**Comfort Aire** At Walmart
www.walmart.com/Air_Mattresses ▾
Save On Furniture Air Mattresses.
Free Shipping Site To Store.

**Comfort Aire**
www.consumersearch.com/Comfort+Aire ▾
Find our Lowest Possible Price!
Comfort Aire for Sale

**2014 Best Comfortaire**
www.techtwid.com/Sales ▾
Huge Selections - Compare & Save On
**Comfortaire** Now!

**Comfortaire** Mattress
www.pronto.com/**Comfortaire**+Mattress ▾
Compare, Shop & Save with Pronto.
Deals on **Comfortaire** Mattress

**Air Comfort**
www.target.com/ ▾
Get Air Comfort, Over 500,000
Items Ship Free with $50 Purchase.

**Comfort Aire** Mattress
www.bizrate.com/ ▾
Bargain Prices. Smart Deals.
Explore Comfort Aire Mattress!

See your ad here »

Help   Send feedback   Privacy & Terms

**Sleep 55% Off Number Beds** (888) 690-4088

personalcomfortbed.com/vSleepNumber

Online Edition Bed Sale *Ends 6/10! Save $2000 on set + $500 Upgrades

PersonalComfortBed.Com

personalcomfortbed.com

Online Edition Bed Sale *Ends 6/10! Save $2000 on set + $500 Upgrades!

**Number** Bed **Sleep** Sale 60% – Closeout Sale

Ad  personalcomfortbed.com/vSleepNumber ▾  (888) 694-4088

Personal Comfort Bed Compare Best (Price Warranty Value)

FDA Registered Facility

Free Ship, Pillow, No tax

Try In-Home "Risk Free"

Compare Now (Save $2000)

# PersonalComfortBed.Com - Closeout Sale

**Ad** personalcomfortbed.com (888) 694-4088

Personal Comfort Bed Compare Best (Price Warranty Value)

FDA Registered Facility

Free Ship, Pillow, No tax

Try In-Home "Risk Free"

Compare Now (Save $2000)

**Comfort Air Beds On Sale**

www.personalcomfortbed.com/vComfortaire ▾

Online Edition Bed Sale *Ends 3/17 Compare Best (Price Warranty Value)

PersonalComfortBed.Com

www.personalcomfortbed.com

Online Edition Bed Sale *Ends 3/17 Compare Best (Price Warranty Value)

# APPENDIX F

O27-0114 Mattress Questionnaire
April 2014

## SCREENER

100.



105.



O27-0114 Mattress Questionnaire
April 2014

110.

In what state do you live?

| State | Select one... ▾ |
|-------|-----------------|

Continue »

Privacy Policy - Help

120.

Do you or does anyone in your household work in any of the following areas?

*Select all that apply*

| For a real estate company | ☐ |
|---------------------------|---|
| For a veterinarian's office or clinic | ☐ |
| For a travel agency | ☐ |
| For a company that makes or sells automobiles | ☐ |
| For a company that makes or sells mattresses / beds | ☐ |
| None of these | ☐ |

Continue »

Privacy Policy - Help

2

O27-0114 Mattress Questionnaire
April 2014

125.

10%

Do you or does anyone in your household work in either advertising or market research?

*Select all that apply*

| | |
|---|---|
| Yes, advertising | ☐ |
| Yes, market research | ☐ |
| No, neither of these | ☐ |

Continue »

Privacy Policy - Help

130.

14%

Which of the following, if any, have you purchased <u>in the past 2 years?</u>

*Select all that apply or "None of these"*

| | |
|---|---|
| An automobile | ☐ |
| A vacation package | ☐ |
| A house or apartment | ☐ |
| A mattress | ☐ |
| A household pet | ☐ |
| None of these | ☐ |

Continue »

Privacy Policy - Help

3

O27-0114 Mattress Questionnaire
April 2014

131.

|  | 18% |
|---|---|

Which of the following, if any, are you likely to consider purchasing <u>in the next 2 years</u>?

*Select all that apply or "None of these"*

| | |
|---|---|
| An automobile | ☐ |
| A vacation package | ☐ |
| A house or apartment | ☐ |
| A mattress | ☐ |
| A household pet | ☐ |
| None of these | ☐ |

Continue »

Privacy Policy - Help

O27-0114 Mattress Questionnaire
April 2014

132.

22%

The following are descriptions of several types of mattresses. Please read these descriptions and refer to them in answering the question below.

| Type of Mattress | Description |
| --- | --- |
| Spring / coil mattress | A mattress that is filled with springs / coils for support |
| Air mattress (non-adjustable) | A mattress that is filled with air for support rather than springs / coils. The mattress is permanent and cannot be adjusted. |
| Adjustable air mattress | A mattress that is filled with air for support rather than springs / coils. The mattress can be adjusted by remote control for comfort / firmness. |
| Inflatable air bed | A bed that can be inflated and deflated with an air pump and is portable. Often used for camping, travel, etc. |
| Memory foam mattress | A mattress that is made of foam that adjusts to the shape of the body |

For each of the following types of mattresses (described above), please indicate whether or not you purchased or considered purchasing that type of mattress in the past 2 years.

Please select one for each row

| | Purchased | Considered, but did not purchase | Did not consider or purchase |
| --- | --- | --- | --- |
| Spring / coil mattress | ◯ | ◯ | ◯ |
| Air mattress (non-adjustable) | ◯ | ◯ | ◯ |
| Adjustable air mattress | ◯ | ◯ | ◯ |
| Inflatable air bed | ◯ | ◯ | ◯ |
| Memory foam mattress | ◯ | ◯ | ◯ |

Continue »

Privacy Policy - Help

5

O27-0114 Mattress Questionnaire
April 2014

137.

28%

The following are descriptions of several types of mattresses. Please read these descriptions and refer to them in answering the question below.

| Type of Mattress | Description |
| --- | --- |
| Spring / coil mattress | A mattress that is filled with springs / coils for support. |
| Air mattress (non-adjustable) | A mattress that is filled with air for support rather than springs / coils. The mattress is permanent and cannot be adjusted. |
| Adjustable air mattress | A mattress that is filled with air for support rather than springs / coils. The mattress can be adjusted by remote control for comfort / firmness. |
| Inflatable air bed | A bed that can be inflated and deflated with an air pump and is portable. Often used for camping, travel, etc. |
| Memory foam mattress | A mattress that is made of foam that adjusts to the shape of the body. |

Which, if any, of the following types of mattresses (described above), would you consider purchasing in the next 2 years?

*Select all that apply or "None of these"*

| | |
| --- | --- |
| Spring / coil mattress | ☐ |
| Air mattress (non-adjustable) | ☐ |
| Adjustable air mattress | ☐ |
| Inflatable air bed | ☐ |
| Memory foam mattress | ☐ |
| None of these | ☐ |

Continue »

Privacy Policy · Help

6

140.

|  | 33% |
|---|---|

You indicated that you have considered purchasing an adjustable air mattress in the past 2 years.

What is the highest amount of money you considered spending on an adjustable air mattress?

*Please select one*

| Less than $399 | ○ |
|---|---|
| $400 - $699 | ○ |
| $700 - $999 | ○ |
| $1000 - $1299 | ○ |
| $1300 - $1599 | ○ |
| $1600 or more | ○ |

Continue »

Privacy Policy - Help

O27-0114 Mattress Questionnaire
April 2014

141.

33%

You indicated that you purchased an adjustable air mattress in the past 2 years.

What is the highest amount of money you spent on an adjustable air mattress in the past 2 years?

*Please select one*

| | |
|---|---|
| Less than $399 | ◯ |
| $400 - $699 | ◯ |
| $700 - $999 | ◯ |
| $1000 - $1299 | ◯ |
| $1300 - $1599 | ◯ |
| $1600 or more | ◯ |

Continue »

Privacy Policy - Help

8

O27-0114 Mattress Questionnaire
April 2014

142.

36%

You indicated that you would consider purchasing an adjustable air mattress in the next 2 years. Again, an adjustable air mattress is a mattress that is filled with air for support and can be adjusted by remote control for comfort / firmness.

What is the highest amount of money you would be likely to spend on an adjustable air mattress?

*Please select one*

| | |
|---|---|
| Less than $399 | ◯ |
| $400 - $699 | ◯ |
| $700 - $999 | ◯ |
| $1000 - $1299 | ◯ |
| $1300 - $1599 | ◯ |
| $1600 or more | ◯ |

Continue »

9

143.

41%

You previously indicated that you have purchased or considered purchasing an adjustable air mattress in the past 2 years. Which of the following, if any, did you do to shop for or get information about mattresses?

*Select all that apply or "None of the above".*

| | |
|---|---|
| Call the manufacturer or product representative | ☐ |
| Go directly to a mattress website for a company or brand you know | ☐ |
| Talk to a friend about a recommendation | ☐ |
| Visit a store with a mattress showroom | ☐ |
| Perform a GOOGLE internet search | ☐ |
| None of the above | ☐ |

Continue »

Privacy Policy - Help

145.

43%

If you were considering purchasing an adjustable air mattress, which of the following, if any, would you be likely to do to shop for or get information about mattresses?

*Select all that apply or "None of the above"*

| | |
|---|---|
| Call the manufacturer or product representative | ☐ |
| Go directly to a mattress website for a company or brand you know | ☐ |
| Talk to a friend about a recommendation | ☐ |
| Visit a store with a mattress showroom | ☐ |
| Perform a GOOGLE internet search | ☐ |
| None of the above | ☐ |

Continue »

Privacy Policy - Help

O27-0114 Mattress Questionnaire
April 2014

Q150

46%

Which, if any, of the following are brands of mattresses that you have heard of?

*Select all that apply or "None of the above"*

| Sleep Number | ☐ |
| Comfortaire | ☐ |
| Tempur-Pedic | ☐ |
| Beautyrest | ☐ |
| Posturepedic | ☐ |
| None of the above | ☐ |

Continue »

Privacy Policy - Help

O27-0114 Mattress Questionnaire
April 2014

160.

49%

Which of these age ranges includes your age?

*Please select one*

| Under 18 | ◯ |
| 18-34 | ◯ |
| 35-44 | ◯ |
| 45-54 | ◯ |
| 55+ | ◯ |

Continue »

Privacy Policy - Help

165.

49%

Please select blue from the following list in order to continue with this survey.

*Please select one*

| Blue | ◯ |
| Yellow | ◯ |
| Red | ◯ |
| Green | ◯ |

Continue »

Privacy Policy - Help

13

O27-0114 Mattress Questionnaire
April 2014

170.

57%

You have qualified to take this survey. Before continuing, please carefully read these instructions:

- Please take the survey in one session without interruption.
- While taking the survey, please do not consult any other websites or other electronic or written materials.
- Please answer all questions on your own without consulting any other person.
- If you normally wear eye glasses or contact lenses when viewing a computer screen, please have them on for the survey.

*Please select one*

| | |
|---|---|
| I understand and agree to the above instructions | ○ |
| I do not understand or do not agree to the above instructions | ○ |

Continue »

Privacy Policy - Help

O27-0114 Mattress Questionnaire
April 2014

---

LINK 1 -- MAIN SURVEY: CELLS 1-6 (ONLY QUALIFIED RESPONDENTS
CONTINUE)

---

GOOGLE SEARCH STIMULI

### Q210 CELLS 1-4



### Q210 CELLS 5-6



O27-0114 Mattress Questionnaire
April 2014

## Q212 CELLS 1-2



## Q212 CELLS 3-4



O27-0114 Mattress Questionnaire
April 2014

## Q212 CELLS 5-6



74%

This survey will take you through a GOOGLE search for the term Comfortaire.

First, we are going to show you a GOOGLE search page on which you will see that the search term Comfortaire has been entered. Then, you will be shown a page of real GOOGLE results from a search for this term.

You will then be asked some questions. If for any question you have no opinion or do not know, you can select that option at the bottom of the page. Please do not guess.

Please continue to move on with the survey.

Continue »

Privacy Policy - Help

O27-0114 Mattress Questionnaire
April 2014

## Q215 CELLS 1-2



O27-0114 Mattress Questionnaire
April 2014

Q215 CELLS 3-4



O27-0114 Mattress Questionnaire
April 2014

Q215 CELLS 5-6



O27-0114 Mattress Questionnaire
April 2014

## Q220   CELLS 1-2



## Q220 CELLS 3-4



O27-0114 Mattress Questionnaire
April 2014

Q220 CELLS 5-6



On the next screen you will see the page of GOOGLE results from a search for Comfortaire. Please look at the page as you ordinarily would when examining the results of a GOOGLE search.

You can use the mouse to scroll up and down to examine the entire page.

Although these are real results from a GOOGLE search for Comfortaire, please note that the results are not linked to the internet so you will not be able to click on any links to go to any websites.

O27-0114 Mattress Questionnaire
April 2014



Q223 CELL 1                                                        Please

23

O27-0114 Mattress Questionnaire
April 2014



Q223 CELL 2

O27-0114 Mattress Questionnaire
April 2014



Q223 CELL 3

O27-0114 Mattress Questionnaire
April 2014



Q223 CELL 4

O27-0114 Mattress Questionnaire
April 2014



Q223 CELL 5

O27-0114 Mattress Questionnaire
April 2014



Q223 CELL 6

O27-0114 Mattress Questionnaire
April 2014



Q225 CELL 1

O27-0114 Mattress Questionnaire
April 2014



Which result or results, if any, do you think are websites that are operated by the company that makes Sleep Number beds?

Please click on all results that you think are websites operated by the company that makes Sleep Number beds, if any. If you do not want to select any of these search results, please select the "No opinion/None of these" button at the bottom of the GOOGLE page.

Q225 CELL 2



Q225 CELL 3



Q225 CELL 4

O27-0114 Mattress Questionnaire
April 2014



Q225 CELL 5

O27-0114 Mattress Questionnaire
April 2014



Q225 CELL 6

**<u>BASE: ALL QUALIFIED RESPONDENTS</u>**

Q230   -- GREEN HIGHLIGHTS INDICATE A SELECTION MADE IN THE
        PREVIOUS QUESTION.

O27-0114 Mattress Questionnaire
April 2014



Q230 CELL 1

O27-0114 Mattress Questionnaire
April 2014



Q230 CELL 2

O27-0114 Mattress Questionnaire
April 2014



Q230 CELL3

O27-0114 Mattress Questionnaire
April 2014



Q230 CELL 4

O27-0114 Mattress Questionnaire
April 2014



Q230 CELL5

O27-0114 Mattress Questionnaire
April 2014



Q230 CELL 6

Q235 CELL 1

83%

You answered that the result shown here is a website that is operated by the company that makes Sleep Number beds. What makes you think so?

*Please be as specific as possible*

**Sleep** 55% Off **Number Beds** (888) 690-4088
personalcomfort**bed**.com/v**SleepNumber**
Online Edition Bed Sale *Ends 6/10! Save $2000 on set + $500 Upgrades

Continue »

Privacy Policy - Help

O27-0114 Mattress Questionnaire
April 2014

## Q235 CELL 2



## Q235 CELL 3

O27-0114 Mattress Questionnaire
April 2014

Q235 CELL 4



Q235 CELL 5

O27-0114 Mattress Questionnaire
April 2014

## Q235 CELL 6



## Q245 CELL 1

O27-0114 Mattress Questionnaire
April 2014

## Q245 CELL 2



86%

You answered that the result shown here is a website where you could purchase a Sleep Number bed. What makes you think so?

*Please be as specific as possible*

PersonalComfortBed.Com
personalcomfortbed.com
Online Edition Bed Sale *Ends 6/10! Save $2000 on set + $500 Upgrades

Continue »

Privacy Policy - Help

## Q245 CELL 3

46%

You answered that the result shown here is a website where you could purchase a Sleep Number bed. What makes you think so?

*Please be as specific as possible*

Number Bed Sleep Sale 60% - Closeout Sale
Ad personalcomfortbed.com/vSleepNumber ▾  (888) 694-4088
Personal Comfort Bed Compare Best (Price Warranty Value)

FDA Registered Facility                Try In-Home "Risk Free"
Free Ship, Pillow, No tax              Compare Now (Save $2000)

Continue »

Privacy Policy - Help

O27-0114 Mattress Questionnaire
April 2014

Q245 CELL 4



Q245 CELL 5

You answered that the result shown here is a website where you could purchase a Comfortaire bed. What makes you think so?

*Please be as specific as possible*

Q245 CELL 6



| END OF SURVEY FOR CELLS 1 – 6 (LINK 1) |
| --- |

O27-0114 Mattress Questionnaire
April 2014

---

MAIN SURVEY: CELL 7 (LINK 2 – ONLY QUALIFIED RESPONDENTS
CONTINUE)

---

410.

65%

This survey is about *common* names and *brand* names in the context of mattresses. In a few moments you will be asked about a number of terms that you may or may not have heard before in connection with mattresses. But first, please read the next two screens about what we mean by a *common* name and what we mean by a *brand* name.

Continue »

Privacy Policy - Help

---

420-1

65%

Common names are words used to identify or describe what a product is. A common name can be used by more than one company to identify the type of product they are selling.

For example, RECLINER, BOOK SHELF and ARMOIRE are all common names. These words let the consumer know the type of product a company is selling.

Continue »

Privacy Policy - Help

49

O27-0114 Mattress Questionnaire
April 2014

420-2

65%

Brand names are names that companies use on their products to let consumers know who the product comes from. A brand name can be used by only one company to identify its products.

For example, LA-Z-BOY, IKEA, and POTTERY BARN are all brand names. These terms let a user know who the product comes from.

Continue »

Privacy Policy - Help

**430.**

65%

Do you understand the difference between a *common* name and a *brand* name?

*Please select one*

| | |
|---|---|
| Yes | ◯ |
| No | ◯ |
| Don't know | ◯ |

Continue »

Privacy Policy - Help

50

O27-0114 Mattress Questionnaire
April 2014

440-1

|  | 65% |
|---|---|

Which type of name would you say SIDE TABLE is?

*Please select one*

| Common name | ◯ |
|---|---|
| Brand name | ◯ |
| Don't know | ◯ |

Continue »

Privacy Policy - Help

440-2

|  | 65% |
|---|---|

Which type of name would you say SEARS is?

*Please select one*

| Common name | ◯ |
|---|---|
| Brand name | ◯ |
| Don't know | ◯ |

Continue »

Privacy Policy - Help

O27-0114 Mattress Questionnaire
April 2014

450.

68%

You will now see a series of terms, one at a time, that you may or may not have seen used in connection with mattresses. For each one, please answer whether you think it is a *common* name or a *brand* name. Or if you don't know, you may select that option.

Continue »

Privacy Policy - Help

460

72%

FIRMNESS SETTING

Do you think this is a ...

Please select one

| | |
|---|---|
| Common name | ◯ |
| Brand name | ◯ |
| Don't know | ◯ |

Continue »

Privacy Policy - Help

52

O27-0114 Mattress Questionnaire
April 2014



O27-0114 Mattress Questionnaire
April 2014



O27-0114 Mattress Questionnaire
April 2014

93%

POSTUREPEDIC

Do you think this is a ...

*Please select one*

| | |
|---|---|
| Common name | ○ |
| Brand name | ○ |
| Don't know | ○ |

Continue »

Privacy Policy - Help

96%

ADJUSTABLE AIR BED

Do you think this is a ...

*Please select one*

| | |
|---|---|
| Common name | ○ |
| Brand name | ○ |
| Don't know | ○ |

Continue »

Privacy Policy - Help

**END OF SURVEY FOR CELL 7**